

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Entropic Communications, LLC<br><br>                                        **Plaintiff,**<br>                    V.<br>Charter Communications, Inc.<br><br><br>                                       **Defendant.** | **FILED**<br>07/21/2023<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY:           M. Williams , Deputy<br><br>Civil No. 23-cv-01346-H-KSC |

### STRICKEN DOCUMENT:
MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA

**Per Order #    14**

1