UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>                          Defendant. | Case No.: 23-cv-1346-H-KSC<br><br>**ORDER:**<br><br>(1) **DENYING MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA [Doc. No. 1];**<br>(2) **REQUIRING COMPLIANCE WITH CHAMBERS RULES; AND**<br>(3) **SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE SUBPOENA** |

      Before the Court is Charter Communications, Inc.'s ("Charter") motion to enforce an out-of-district subpoena. Dkt. No.1 (the "Motion"). On or before **August 9, 2023**, counsel must meet and confer, in person or by video conference,[1] regarding (1) all disputed

---

[1]     Under no circumstances may counsel satisfy the "meet and confer" obligation by written correspondence alone. Counsel must thoroughly meet and confer and must make every effort to resolve all disputes without the necessity of further court intervention.

1

issues raised in the Motion, and (2) whether Charter's Motion should be transferred to the U.S. District Court for the Eastern District of Texas. *See* Fed. R. Civ. P. 45(f).

If Charter and third-party Patrick Tierney have not resolved their dispute through the meet and confer process, counsel must file a "Joint Motion for Determination of Discovery Dispute" (the "Joint Motion"). The Joint Motion must include: (1) a declaration of compliance with the meet and confer requirement; (2) a statement by Patrick Tierney regarding whether he consents to transferring the Motion to the Eastern District of Texas; and (3) points and authorities (not to exceed 10 pages per side) in which each side succinctly addresses all issues that remain in dispute after meeting and conferring.

Counsel for all parties and for Patrick Tierney are directed to review Magistrate Judge's Crawford's Chambers rules regarding joint motion practice. The Joint Motion will supersede Charter's Motion and should explain both sides' positions as to all disputed issues. The Joint Motion will be the only briefing the Court will consider. Any exhibits accompanying the Joint Motion must also be filed; however, counsel may not attach copies of any meet and confer correspondence to the Joint Motion. Unless the Court directs otherwise, this matter will be resolved without oral argument.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** Charter's Motion [Doc. No. 1]. Charter's counsel must serve a copy of this Order on third-party Patrick Tierney and all parties to the underlying Eastern District of Texas case.

**IT IS SO ORDERED.**

Dated: July 26, 2023

Hon. Karen S. Crawford
United States Magistrate Judge