

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Entropic Communications, LLC

**Plaintiff,**

V.

Charter Communications, Inc.

**Defendant.**

FILED
07/27/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Williams , Deputy

Civil No. 23-cv-01346-H-KSC

**STRICKEN DOCUMENT:**

DECLARATION re 1 Motion to Enforce Out of District Subpoena,, (Supplemental Declaration of Marc A. Cohn)

**Per Order #    14**

4