

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Entropic Communications, LLC

                                 **Plaintiff,**

            V.

Charter Communications, Inc.

                                **Defendant.**

**FILED**
07/27/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Williams, Deputy

Civil No. 23-cv-01346-H-KSC

**STRICKEN DOCUMENT:**

MOTION to Seal a Previously Filed Document re 1
Motion to Enforce Out of District Subpoena,, 4
Declaration by Charter Communications, Inc.

**Per Order #   14**

5