

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Entropic Communications, LLC

                  **Plaintiff,**

V.

Charter Communications, Inc.

                  **Defendant.**

FILED 07/27/2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: M. Williams, Deputy

Civil No. 23-cv-01346-H-KSC

**STRICKEN DOCUMENT:**

SEALED LODGED Proposed Document re: 5
MOTION to File Documents Under Seal.

**Per Order #    14**

6