Jeffrey Miller
jeffrey.miller@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
marc.cohn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC,<br><br>Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO STRIKE (1) NOTICE OF MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION; (2) CIVIL COVER SHEET; (3) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION; (4) DECLARATION OF MARC A. COHN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE** |

**DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION INCLUDING ATTACHED EXHIBITS A–M; (5) DEFENDANT'S NOTICE OF MOTION AND MOTION TO SEAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION, EXHIBIT M, AND EXHIBIT N; (6) SUPPLEMENTAL DECLARATION OF MARC A. COHN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION INCLUDING ATTACHED EXHIBIT N; (7) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO SEAL; AND (8) DECLARATION OF MARC A. COHN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO SEAL**

PLEASE TAKE NOTICE THAT defendant Charter Communications, Inc. ("Charter") hereby moves this Court pursuant to Local Civil Rule 15.1, for an order striking (1) Motion to Compel Third Party Patrick Tierney to Produce Documents, Information and Objects and to Appear for Deposition (ECF No. 1); (2) Civil Cover Sheet (ECF No. 1-1); (3) Charter's Memorandum And Points Of Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition (ECF No. 1-2); (4) Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition Including Attached Exhibits A–M (ECF Nos. 1-3 – 1-16); (5) Defendant's Notice Of Motion And Motion To Seal Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition, Exhibit M And Exhibit N (ECF No. 5); (6) Supplemental Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition Including Attached Exhibit N (ECF No. 4); (7) Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Seal (ECF No. 5-1); and (8) Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Seal Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Seal (ECF No. 5-2).

Charter seeks to strike these filings because Charter's Memorandum And Points Of Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition (ECF No. 1-2) refers to information that is the confidential information of third party MaxLinear, Inc., and Exhibit M to the Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third

Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition (ECF No. 1-3 and 1-16) and Exhibit N to the Supplemental Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition (ECF No. 4) contain information that is the confidential information of third party MaxLinear, Inc., which cannot be disclosed pursuant to the Stipulated Protective Order entered in the pending litigation Entropic Communications, LLC v. Charter Communications, LLC, Case No. 2:22-cv-00125-JRG (E.D. Tex.) ("Protective Order") (ECF No. 5-3) all of which was inadvertently filed in the present case.

There are compelling reasons to strike the documents. First, Charter is filing (1) an Amended Notice Of Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition, (2) an Amended Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition; and (3) an Amended Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition including attached Exhibits A–L to remove any reference to or attachment that is confidential information of third party MaxLinear, Inc. and cannot be disclosed under the Protective Order.[1]  Therefore, striking the (1) Motion to Compel Third Party Patrick Tierney to Produce Documents, Information and Objects and to Appear for Deposition (ECF No. 1); (2) Civil Cover Sheet (ECF No. 1-1); (3) Charter's Memorandum And Points Of Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick

---

[1] Charter is also filing the Civil Cover Sheet with these amended documents pursuant to Local Civil Rule 15.1(a) ("Every pleading to which an amendment is permitted as a matter of right or has been allowed by court order, must be complete in itself without reference to the superseded pleading.").

1 Tierney To Produce Documents, Information And Objects And To Appear For
2 Deposition (ECF No. 1-2); (4) Declaration Of Marc A. Cohn In Support Of Charter
3 Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce
4 Documents, Information And Objects And To Appear For Deposition Including
5 Attached Exhibits A–M (ECF Nos. 1-3 – 1-16), will prevent that information from
6 being disclosed.
7        Further, Charter seeks to strike Defendant's Notice Of Motion And Motion To
8 Seal Memorandum Of Points And Authorities In Support Of Charter
9 Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce
10 Documents, Information And Objects And To Appear For Deposition, Exhibit M and
11 Exhibit N (ECF No. 5); Supplemental Declaration Of Marc A. Cohn In Support Of
12 Charter  Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To
13 Produce Documents, Information And Objects And To Appear For Deposition
14 Including Attached Exhibit N (ECF No. 4); Memorandum Of Points And Authorities
15 In Support Of Charter Communications, Inc.'s Motion To Seal (ECF No. 5-1); and
16 Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion
17 To Seal Memorandum Of Points And Authorities In Support Of Charter
18 Communications, Inc.'s Motion To Seal (ECF No. 5-2) because Exhibit N contains
19 confidential information of third party MaxLinear, Inc. and cannot be disclosed under
20 the Protective Order.[2]
21        Accordingly, Charter respectfully requests that the Court grant its motion to
22 strike.
23

---

[2] Charter seeks to have Exhibit N struck from the docket so it is not available to the public and is not an exhibit to Charter's Amended Notice Of Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition.  If the Court prefers, Charter can also file a motion to withdraw its Notice Of Motion And Motion To Seal Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition, Exhibit M And Exhibit N (ECF No. 5) and accompanying papers.

| | |
|---|---|
| Dated: July 31, 2023. | Respectfully submitted, |
| | */s/ Jeffrey Miller*<br>Jeffrey Miller<br>jeffrey.miller@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500 |
| | Marc A. Cohn<br>marc.cohn@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Avenue NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000 |
| | **ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.** |