| | |
|---|---|
| 1 | Jeffrey Miller |
| 2 | jeffrey.miller@arnoldporter.com |
|   | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 3 | 3000 El Camino Real |
|   | Five Palo Alto Square, Suite 500 |
| 4 | Palo Alto, California 94306-3807 |
|   | Telephone: (650) 319-4500 |

Marc A. Cohn
marc.cohn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 3:23-cv-01346-H-KSC |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND (1) NOTICE OF MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION; (2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION; AND (3) DECLARATION OF MARC A. COHN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK** |
| v. | |
| CHARTER COMMUNICATIONS, INC, | |
| Defendant. | |

US 174326698v1

NOTICE OF MOTION AND MOTION TO AMEND

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION INCLUDING ATTACHED EXHIBITS A–L**

NOTICE OF MOTION AND MOTION TO AMEND

1    PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure
2 15(a) and Local Civil Rule 15.1, defendant Charter Communications, Inc. ("Charter")
3 moves this Court for leave to file Charter's (1) Amended Notice Of Motion To
4 Compel Third Party Patrick Tierney To Produce Documents, Information And Objects
5 And To Appear For Deposition, (2) Amended Memorandum Of Points And
6 Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third
7 Party Patrick Tierney To Produce Documents, Information And Objects And To
8 Appear For Deposition; and (3) Amended Declaration Of Marc A. Cohn In Support
9 Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney
10 To Produce Documents, Information And Objects And To Appear For Deposition
11 including attached Exhibits A–L.

     Attached hereto is A) a copy of the proposed Amended Notice Of Motion To
13 Compel Third Party Patrick Tierney To Produce Documents, Information And Objects
14 And To Appear For Deposition, a copy of the proposed Amended Memorandum Of
15 Points And Authorities In Support Of Charter Communications, Inc.'s Motion To
16 Compel Third Party Patrick Tierney To Produce Documents, Information And Objects
17 And To Appear For Deposition, and a copy of the proposed Amended Declaration Of
18 Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel
19 Third Party Patrick Tierney To Produce Documents, Information And Objects And To
20 Appear For Deposition including attached Exhibits A–L, and B) versions of the
21 proposed Amended Notice Of Motion To Compel Third Party Patrick Tierney To
22 Produce Documents, Information And Objects And To Appear For Deposition,
23 Amended Memorandum Of Points And Authorities In Support Of Charter
24 Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce
25 Documents, Information And Objects And To Appear For Deposition, and Amended
26 Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion
27 To Compel Third Party Patrick Tierney To Produce Documents, Information And
28

Objects And To Appear For Deposition that shows, through red text, how the proposed documents differ from Charter's original filings.

This is the first motion for leave to amend.

Charter understands that Peter Tierney is not represented.

Rule 15 of the Federal Rules of Civil Procedure requires that leave to amend "be freely given when justice so requires." Fed. R. Civ. P. 15(a). "This policy is to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (quotation omitted). The Supreme Court offered factors to consider in deciding whether to grant a motion to amend under Rule 15(a) as:

> In the absence of any apparent or declared reason–such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc.–the leave sought should, as the rules require, be 'freely given.'

*Foman v. Davis*, 371 U.S. 178, 182 (1962); *see also Smith v. Pac. Prop. Dev. Co.*, 358 F.3d 1097, 1101 (9th Cir. 2004) (citing *Forman* factors). Each factor is not equal; and, it is prejudice to the opposing party that carries the greatest weight. *Eminence Capital*, 316 F.3d at 1052 (citing *DCD Programs, Ltd. v. Leighton*, 833 F.2d 183, 185 (9th Cir. 1987)).

Here, the factors weigh in favor of granting Charter's requested relief. Charter seeks to amend these documents because the Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition refers to information that is the confidential information of third party MaxLinear, Inc., and Exhibit M to the Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition contains information that is the confidential information of third party MaxLinear,

Inc., which cannot be disclosed pursuant to the Stipulated Protective Order entered in the pending litigation *Entropic Communications, LLC v. Charter Communications, LLC*, Case No. 2:22-cv-00125-JRG (E.D. Tex.) ("Protective Order") (ECF No. 5-3). Charter is amending the Notice Of Motion To Compel Third Party Patrick Tierney To Produce Documents pursuant to Local Civil Rule 15.1(a) ("Every pleading to which an amendment is permitted as a matter of right or has been allowed by court order, must be complete in itself without reference to the superseded pleading.").

     Accordingly, Charter requests that the Court grant leave to file (1) an Amended Notice Of Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition, (2) an Amended Memorandum Of Points And Authorities In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition; and (3) an Amended Declaration Of Marc A. Cohn In Support Of Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition including attached Exhibits A–L

Dated: July 31, 2023.

Respectfully submitted,

*/s/ Jeffrey Miller*
Jeffrey Miller
jeffrey.miller@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
marc.cohn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**