| | |
|---|---|
| 1 | Jeffrey Miller |
| 2 | jeffrey.miller@arnoldporter.com |
|   | Marc A. Cohn |
| 3 | Marc.cohn@arnoldporter.com |
| 4 | **ARNOLD & PORTER KAY SCHOLER LLP** |
|   | 601 Massachusetts Avenue NW |
| 5 | Washington, DC 20001-3743 |
| 6 | Telephone: (202) 942-5000 |
| 7 | Marc A. Cohn |
|   | marc.cohn@arnoldporter.com |
| 8 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| 9 | 601 Massachusetts Avenue NW |
|   | Washington, DC 20001-3743 |
| 10 | Telephone: (202) 942-5000 |
| 11 | ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 3:23-cv-01346-H-KSC |
| Plaintiff, | **AMENDED NOTICE OF MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION** |
| v. | |
| CHARTER COMMUNICATIONS, INC, | |
| Defendant. | |

AMENDED NOTICE OF MOTION TO COMPEL

Upon the attached Amended Memorandum and Points of Authorities and Amended Declaration of Marc Cohn and accompanying exhibits attached thereto, Charter Communications, Inc. respectfully moves this court pursuant to Federal Rule of Civil Procedure 45(c)(1)(A) and 45(c)(2)(A) to compel Patrick Tierney ("Tierney"), a third-party, to produce documents and to appear for deposition, as required by the Subpoenas issued from the Eastern District of Texas to Tierney, and served on Tierney on May 12, 2023.

Dated: July 31, 2023.                Respectfully submitted,

*/s/ Jeffrey Miller*
Jeffrey Miller
Marc A. Cohn
**ARNOLD & PORTER KAY SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
*jeffrey.miller@arnoldporter.com*
*Marc.cohn@arnoldporter.com*

Marc A. Cohn
marc.cohn@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**