| | |
|---|---|
| 1 | Jeffrey Miller |
| 2 | jeffrey.miller@arnoldporter.com |
|   | Marc A. Cohn |
| 3 | Marc.cohn@arnoldporter.com |
|   | **ARNOLD & PORTER KAY SCHOLER LLP** |
| 4 | 601 Massachusetts Avenue NW |
| 5 | Washington, DC 20001-3743 |
|   | Telephone: (202) 942-5000 |
| 6 | |
| 7 | Marc A. Cohn |
|   | marc.cohn@arnoldporter.com |
| 8 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 9 | 601 Massachusetts Avenue NW |
|   | Washington, DC 20001-3743 |
| 10 | Telephone: (202) 942-5000 |
| 11 | |
|   | ATTORNEYS FOR DEFENDANT |
| 12 | CHARTER COMMUNICATIONS, INC. |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 15 | ENTROPIC COMMUNICATIONS, LLC, | Case No. 3:23-cv-01346-H-KSC ~~Misc. No. _____~~ |
| 16 | Plaintiff, | |
| 17 | v. | ~~PENDING IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS~~ |
| 18 | CHARTER COMMUNICATIONS, INC, | |
| 19 | Defendant. | ~~Civil Action No. 2:22-cv-00125-JRG~~ |
| 20 | | **JURY TRIAL REQUESTED** |
| 21 | | **AMENDED NOTICE OF MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION** |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | ~~Judge: _____~~ |
| 26 | | ~~Courtroom: _____~~ |
|   | | ~~Hearing Date: _____~~ |
| 27 | | ~~Time of Hearing: _____~~ |
| 28 | | |

_____   AMENDED NOTICE OF MOTION TO COMPEL

1  Upon the attached Amended Memorandum and Points of Authorities and
2  Amended Declaration of Marc Cohn and accompanying exhibits attached thereto,
3  Charter Communications, Inc. respectfully moves this court pursuant to Federal
4  Rule of Civil Procedure 45(c)(1)(A) and 45(c)(2)(A) to compel Patrick Tierney
5  ("Tierney"), a third-party, to produce documents and to appear for deposition, as
6  required by the Subpoenas issued from the Eastern District of Texas to Tierney, and
7  served on Tierney on May 12, 2023.

Dated: July 21 31, 2023.                Respectfully submitted,

/s/ Jeffrey Miller
Jeffrey Miller
Marc A. Cohn
**ARNOLD & PORTER KAY SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
*jeffrey.miller@arnoldporter.com*
*Marc.cohn@arnoldporter.com*

Marc A. Cohn
marc.cohn@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**