```
 1  Jeffrey Miller
    jeffrey.miller@arnoldporter.com
 2  ARNOLD & PORTER KAYE SCHOLER LLP
    3000 El Camino Real
 3  Five Palo Alto Square, Suite 500
    Palo Alto, California 94306-3807
 4  Telephone: (650) 319-4500

 5  Marc A. Cohn
    ARNOLD & PORTER KAY SCHOLER LLP
 6  601 Massachusetts Avenue NW
    Washington, DC 20001-3743
 7  Telephone: (202) 942-5000
    Marc.cohn@arnoldporter.com
 8
    ATTORNEYS FOR DEFENDANT
 9  CHARTER COMMUNICATIONS, INC.
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**AMENDED DECLARATION OF MARC A. COHN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION** |

AMENDED DECLARATION OF MARC A. COHN
IN SUPPORT OF MOTION TO COMPEL

I, Marc A. Cohn, hereby declare as follows:

1. I am a Partner at the law firm Arnold & Porter Kaye Scholer, LLP, 601 Massachusetts Avenue NW, Washington, DC 20001-3743 ("Arnold & Porter"). I am a member in good standing of the District of Columbia Bar. Arnold & Porter has been retained as counsel for Defendant Charter Communications, Inc. ("Charter") in Entropic Communications, LLC v. Charter Communications, Inc., 2:22-cv-00125-JRG (E.D. Tex.). I am making this declaration in support of this miscellaneous action seeking to enforce two subpoenas issued from the United States District Court for the Eastern District of Texas on May 12, 2023, styled Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information and Objects And To Appear For Deposition. I am fully familiar with the facts and circumstances stated herein based upon personal knowledge, the attached documents, and review of the files maintained by Arnold & Porter.

2. Attached hereto as Exhibit A are true and correct copies of the Subpoenas issued from the United States District Court for the Eastern District of Texas to Patrick Tierney ("Tierney"), requiring Tierney to appear for deposition and to produce Documents, Information, and Objects. The subpoenas were issued by Arnold & Porter pursuant to Federal Rule of Civil Procedure 45.

3. Attached hereto as Exhibit B is a true and correct copy of the Original Complaint filed in Entropic Communications, LLC v. Charter Communications, Inc., 2:22-cv-00125 (E.D. Tex.)

4. Attached hereto as Exhibit C is a true and correct copy of United States Patent No. 8,792,008.

5. Attached hereto as Exhibit D is a true and correct copy of United States Patent No. 9,825,826.

6.   Attached hereto as Exhibit E is a true and correct copy of an email sent by Tierney to Arnold & Porter Attorney Albert J. Boardman ("Boardman") on May 15, 2023 at 6:04 PM Eastern Time.

7.   Attached hereto as Exhibit F is a true and correct copy of an email sent by Boardman to Tierney on June 29, 2023 at 3:31 PM Eastern Time.

8.   Attached hereto as Exhibit G is a true and correct copy of an email sent by Tierney to Boardman on June 30, 2023 at 1:43 PM Eastern Time.

9.   Attached hereto as Exhibit H is a true and correct copy of an email sent by Boardman to Tierney on June 30, 2023 at 2:36 PM Eastern Time.

10.   Attached hereto as Exhibit I is a true and correct copy of an email sent by Tierney to Boardman on July 1, 2023 at 8:19 AM Eastern Time.

11.   Attached hereto as Exhibit J is a true and correct copy of an email sent by Boardman to Tierney on July 15, 2023 at 5:43 PM Eastern Time.

12.   Attached hereto as Exhibit K is a true and correct copy of an email sent by Marc A. Cohn to Tierney on July 17, 2023 at 10:56 AM Eastern Time.

13.   Attached hereto as Exhibit L is a true and correct copy of the rough deposition transcript of Timothy Gallagher, dated July 19, 2023.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on July 31, 2023.

*/s/ Marc A. Cohn*
Marc A. Cohn