# EXHIBIT E

**Boardman, Albert**

| | |
|---|---|
| **From:** | PT <ptierney26_2@sbcglobal.net> |
| **Sent:** | Monday, May 15, 2023 6:04 PM |
| **To:** | Boardman, Albert |
| **Subject:** | Entropic v. Charter case |

**External E-mail**

Dear Mr. Boardman,

I was recently served a subpoena from your office regarding the subject case.

Before wasting your time and any more of mine, please note that while employed at Entropic and MaxLinear, I had no dealings with nor responsibility for MoCA and the patents identified in this case. I also do not have any electronic or paper documents or files from any of my time employed at Entropic and MaxLinear. Finally, I had no dealings with Charter Communications related to MoCA while I was an employee at Entropic or MaxLinear. There is nothing useful that I can provide to you by way of testimony or documentation related to this case. Therefore, I request that you withdraw this subpoena and not waste your time and my time.

Please confirm.

Thank you.
Patrick Tierney

1