# EXHIBIT F

## Boardman, Albert

| | |
|---|---|
| **From:** | Boardman, Albert |
| **Sent:** | Thursday, June 29, 2023 3:31 PM |
| **To:** | PT |
| **Cc:** | Reisner, Daniel; Cohn, Marc A. |
| **Subject:** | RE: Entropic v. Charter case |
| **Attachments:** | US8792008.pdf; US9825826.pdf |

Dear Mr. Tierney,

Thank you for email.  To be clear, among the patents at issue in the case between Entropic and Charter are two patents (US Patent 8,792,008 and 9,825,826, attached), both of which list you as a named inventor.  Our understanding is that these patents do not directly implicate MoCA.  Nor is any information we seek tied to any relationship between you and Charter.

Please let us know your availability to be deposed within the next two weeks.  We are happy to discuss with you.

Kind regards,

_____
Albert Boardman
Associate

Arnold & Porter
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8135
Albert.Boardman@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter -----Original Message-----
From: PT <ptierney26_2@sbcglobal.net>
Sent: Monday, May 15, 2023 6:04 PM
To: Boardman, Albert <Albert.Boardman@arnoldporter.com>
Subject: Entropic v. Charter case

**External E-mail**

Dear Mr. Boardman,

1

I was recently served a subpoena from your office regarding the subject case.

Before wasting your time and any more of mine, please note that while employed at Entropic and MaxLinear, I had no dealings with nor responsibility for MoCA and the patents identified in this case. I also do not have any electronic or paper documents or files from any of my time employed at Entropic and MaxLinear. Finally, I had no dealings with Charter Communications related to MoCA while I was an employee at Entropic or MaxLinear. There is nothing useful that I can provide to you by way of testimony or documentation related to this case. Therefore, I request that you withdraw this subpoena and not waste your time and my time.

Please confirm.

Thank you.
Patrick Tierney