**EXHIBIT I**

**Boardman, Albert**

| | |
|---|---|
| **From:** | PT <ptierney26_2@sbcglobal.net> |
| **Sent:** | Saturday, July 1, 2023 8:19 AM |
| **To:** | Boardman, Albert |
| **Cc:** | Reisner, Daniel; Cohn, Marc A. |
| **Subject:** | Re: Entropic v. Charter case |

**External E-mail**

I still believe I have nothing to offer in this case, but I will make myself available for no more than 15 minutes on July 13th at 3:30pm PDT.

> On Jun 30, 2023, at 11:35 AM, Boardman, Albert <Albert.Boardman@arnoldporter.com> wrote:
>
> Dear Mr. Tierney,
>
> Thank you for your reply.  We understand, but nonetheless still need to hold this deposition.  That said, we anticipate it being a short deposition.
>
> Please let us know your availability over the next couple of weeks to be deposed.  Also, If you are currently being represented by counsel, please let us know - we will be happy to work through your attorney regarding the subpoena.
>
> Should you have any questions, please feel free to give me a call at the number below, or on my cell (917-428-9704).
>
> Kind regards,
>
> _____
> Albert Boardman
> Associate
>
> Arnold & Porter
> 250 West 55th Street
> New York, NY 10019-9710
> T: +1 212.836.8135
> Albert.Boardman@arnoldporter.com
> www.arnoldporter.com | LinkedIn | Twitter -----Original Message-----
> From: PT <ptierney26_2@sbcglobal.net>
> Sent: Friday, June 30, 2023 1:43 PM

1

\> To: Boardman, Albert <Albert.Boardman@arnoldporter.com>
\> Cc: Reisner, Daniel <Daniel.Reisner@arnoldporter.com>; Cohn, Marc A.
\> <Marc.Cohn@arnoldporter.com>
\> Subject: Re: Entropic v. Charter case
\>
\> **External E-mail**
\>
\> I still don't believe I will be able to provide any useful information. The first patent was issued late in my tenure at MaxLinear and the second was issued after I left MaxLinear. I also never did any deals with any cable operator around these concepts.
\>
\>> On Jun 29, 2023, at 12:30 PM, Boardman, Albert <Albert.Boardman@arnoldporter.com> wrote:
\>>
\>> Dear Mr. Tierney,
\>>
\>> Thank you for email.  To be clear, among the patents at issue in the case between Entropic and Charter are two patents (US Patent 8,792,008 and 9,825,826, attached), both of which list you as a named inventor.  Our understanding is that these patents do not directly implicate MoCA.  Nor is any information we seek tied to any relationship between you and Charter.
\>>
\>> Please let us know your availability to be deposed within the next two weeks.  We are happy to discuss with you.
\>>
\>> Kind regards,
\>>
\>> _____
\>> Albert Boardman
\>> Associate
\>>
\>> Arnold & Porter
\>> 250 West 55th Street
\>> New York, NY 10019-9710
\>> T: +1 212.836.8135
\>> Albert.Boardman@arnoldporter.com
\>> www.arnoldporter.com | LinkedIn | Twitter -----Original Message-----
\>> From: PT <ptierney26_2@sbcglobal.net>
\>> Sent: Monday, May 15, 2023 6:04 PM
\>> To: Boardman, Albert <Albert.Boardman@arnoldporter.com>
\>> Subject: Entropic v. Charter case
\>>
\>> **External E-mail**
\>>
\>> Dear Mr. Boardman,

2

\>\>
\>\> I was recently served a subpoena from your office regarding the subject case.
\>\>
\>\> Before wasting your time and any more of mine, please note that while employed at Entropic and MaxLinear, I had no dealings with nor responsibility for MoCA and the patents identified in this case. I also do not have any electronic or paper documents or files from any of my time employed at Entropic and MaxLinear. Finally, I had no dealings with Charter Communications related to MoCA while I was an employee at Entropic or MaxLinear. There is nothing useful that I can provide to you by way of testimony or documentation related to this case. Therefore, I request that you withdraw this subpoena and not waste your time and my time.
\>\>
\>\> Please confirm.
\>\>
\>\> Thank you.
\>\> Patrick Tierney
\>\>
\>\>
\>\>
\>\> _____
\>\> This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
\>\> _____
\>\> For more information about Arnold & Porter, click here:
\>\> http://www.arnoldporter.com
\>\> <US8792008.pdf><US9825826.pdf>
\>
\> _____
\> This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
\> _____
\> For more information about Arnold & Porter, click here:
\> http://www.arnoldporter.com

3