# **EXHIBIT L**

Page 4

1   Wednesday, July 19, 2023; 8:36 a.m.
2           Woodinville, Washington
3                    ooOoo
4       THE VIDEOGRAPHER: Good morning. We are
5   on the record at 8:36 a.m. on July 19, 2023.
6   Audio and video recording will continue to take
7   place unless all party agree to go off the
8   record. The quality of the recording depends
9   on the quality of the camera, of the witness,
10  and the internet connection of the
11  participants. This is the video-recorded
12  deposition of Timothy Gallagher in the matter
13  of Entropic Communications, Inc., et al., vs
14  Charter Communications, Inc., et al. filed in
15  the United States District Court, Eastern
16  District of Texas. Case No. 2:22-cv-00125.
17      This deposition is being held via Zoom
18  remote meeting. My name is terry Weiss from
19  the firm of Veritext Legal Solutions and I'm
20  the videographer. Our court reporter today is
21  Victoria Guerrero from the firm of Veritext
22  Legal Solutions.
23      I am not relate today any party in this
24  action nor am I financially interested in the
25  outcome. Counsel and everyone attending

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 5

1   remotely will now state their appearances and
2   affiliations for the record. If there are any
3   objections to proceeding, please state them at
4   the time of your appearance beginning with the
5   noticing attorney.
6       MR. COHN: This is Marc Cohn with Arnold &
7   Porter in Washington DC for the defendant.
8       MS. ALLOR: Katie Allor from K & L Gates
9   on behalf of plaintiff Entropic Communications,
10  LLC.
11      THE VIDEOGRAPHER: Will the court reporter
12  please swear in the witness.
13                   ooOoo
14      Whereupon, TIMOTHY GALLAGHER, having first
15      been sworn by the California Certified
16      Shorthand Reporter, testified under oath as
17      follows:
18
19              EXAMINATION
20
21  BY MR. COHN:
22    Q  Good morning, Mr. Gallagher.
23    A  Good morning.
24    Q  Thank you for being with us today. Have
25  you given deposition testimony before?

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 6

1     A  I don't think so. Not that I recall,
2   anyway.
3     Q  So let me just run through the ground rules
4   real quick. I'm going to ask you questions. You
5   are free and encouraged to tell me if you don't
6   understand my question or if it's vague or anything
7   like that. You're not under compulsion to answer
8   anything by making assumptions or anything like
9   that. So please feel free to say I don't understand
10  your question or can you rephrase it or can you
11  repeat it, that kind of stuff.
12      Does that make sense?
13    A  Yes.
14    Q  If you need -- I tend to break every hour.
15  If you need water, coffee, any kind of break, let me
16  know. You're allowed to ask for that, too. I might
17  ask us to kind of finish out a line of questions,
18  but we can take a break if you need one.
19      Every now and then a lawyer might object.
20  And so I'll ask a question, you might hear something
21  like "objection. Form" from -- probably Ms. 58 Lohr
22  because I don't see another couple on the call.
23  There's no judge here you're not going to hear
24  attend, overruled or anything like that. Those
25  objections are for the lawyers and the Court to

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 7

1   figure out at a later time.
2       So for purposes of today if you hear an
3   objection you can just go ahead and answer the
4   question after the objection you don't need to wait
5   for us to prompt you you don't need to wait for
6   anyone to say go ahead it will save a lot of time
7   for us to not have to say go ahead after each okay.
8       That said, I might ask a couple bad
9   questions today. If I ask a question, there's an
10  objection, you don't understand my question, then
11  just tell me that you don't understand it or ask me
12  to repeat it.
13      Does that make sense?
14    A  Yes. Got it.
15    Q  I'm going to show you some documents today
16  through the Exhibit Share. I'm hoping that you are
17  able to download them and have control over which
18  page you're looking at. So please let me know if
19  you can't do that. I want you to be able to have
20  the freedom to look at other parts of the DOCUMENT
21  if you need to. Does that make sense?
22    A  Sure.
23    Q  Okay. Then I have to ask this of
24  everybody. Are you currently on any medication or
25  is there any reason why you couldn't give complete

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 8

1  and accurate testimony today?
2    A   No.
3    Q   Who do you currently work for?
4    A   Amazon.
5    Q   And how long have you worked there?
6    A   Almost four years.  It was August 2019.
7    Q   And what do you do for Amazon?
8    A   I'm an engineering manager on a project
9  where we're developing an integrated circuit for
10 satellite communications.
11   Q   Are you involved in any DOCSIS-compliant
12 systems on chip in your work at Amazon?
13   A   No.
14   Q   Before you went to Amazon in August of
15 2019, where did you work?
16   A   MaxLinear.
17   Q   When did start there?
18   A   It was -- I believe it was December of
19 2009.
20   Q   Why did you leave MaxLinear?
21   A   Well, I got the opportunity, I was
22 contacted by a recruiter and Amazon is working on
23 this big satellite project, sort of a ground-up new
24 field, and it sounded interesting and EXCITING so I
25 decided -- I had been at MaxLinear quite some time,

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 9

1  decided to try something new.
2    Q   At the time that you left MaxLinear was
3  MaxLinear's business declining in terms of annual
4  revenue?
5       MS. ALLOR:  Objection form.
6       THE WITNESS:  I don't think so -- oh,
7    sorry.  I don't think so.  They were -- they
8    had been for some time buying up other
9    companies so the overall income was going up,
10   as I recall.  I mean, it's always bumpy but in
11   general going up.
12 BY MR. COHN:
13   Q   When you left MaxLinear, what was your
14 title?
15   A   Vice president of the communications
16 systems group.
17   Q   How long did you have that title at
18 MaxLinear?
19   A   Don't remember exactly.  Quite a while.
20 Probably, I don't know, maybe 2013, '14, something
21 like that.
22   Q   What was your title previous to that?
23   A   I don't recall to be on necessary.
24 Director?  Probably was director.
25   Q   Were you involved in the communications

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 10

1  systems group throughout your entire time at
2  MaxLinear?
3    A   Yes.  Yes.  Pretty much.
4    Q   Before MaxLinear, where did you work?
5    A   I worked at a company called staccato
6  communications they were developing integrated
7  circuits for ultrawide band a market that never
8  really happened but it was kind of big at the time.
9    Q   Did it involve communications over a cable?
10   A   It primarily was wireless but I think we
11 did look into some applications over cable.
12   Q   Sorry.  Go ahead.
13   A   Yeah, it wasn't the main market.  Main
14 market was short range wireless communication.
15   Q   What do you mean by ultra wideband?
16   A   The FCC back, I forget exactly when, they
17 allocated spectrum from something like 3 to
18 10 gigahertz for short range communications if you
19 avoided interfering with other systems and
20 transmitted at a very low power.
21      So the concept was you could do things --
22 well, at the time Wi-Fi was quite slow.  And the
23 concept was you would do this ultra wideband for
24 much higher date rate, short range communication.
25   Q   Did you work on any DOCSIS- or

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 11

1  MoCA-compliant development work when you were at
2  Staccato?
3    A   No.
4    Q   Was the first time that you were involved
5  in DOCSIS or MoCA compliant devices when you were at
6  MaxLinear?
7    A   Yes.  Yes.  It was.
8    Q   Where did you work before Staccato?
9    A   A company called Entropic communications
10 they were doing something called LMDS wireless
11 communications for things like T1 phone lines to
12 businesses and that sort of thing.  So over several
13 kilometers would you have a microwave link to
14 provide data and phone services to businesses.
15   Q   And roughly when were you at Entropic
16 communications?
17   A   Entropic.  No.  It was Ensemble is what it
18 was called.
19   Q   Okay?
20   A   There was an Entropic also right down the
21 street but I never actually worked for them.  I was
22 at Ensemble from 1999 to about 2004, as I recall.
23   Q   And before Ensemble?
24   A   I worked for Hughes.
25   Q   And before that?

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 12

1  A  Will before that I was at school. I worked
2  at my dad's gas station. I don't know if you need
3  that.
4  Q  What degrees do you have?
5  A  A bachelor's in electrical engineering and
6  computer science and then I have a master's in EE,
7  with an emphasis on single processing.
8  Q  Are you a named inventor on patents?
9  A  Yes, on several.
10  Q  Do you know roughly how many?
11  A  I meant to look that up yesterday. I don't
12  know how many. I would guess on the order of a
13  dozen maybe, something like that.
14  Q  What did you do to prepare for today's
15  deposition?
16  A  I read the patent, I read the three
17  patents. That's really all I did.
18  Q  Did someone give you three patents to read?
19  A  I talked to, was it Albert, I think? He
20  gave me the three -- 87902 and 826 and 10135682. So
21  those are the three I looked at.
22  Q  Other than discussions with -- was it Al
23  Boardman, does that name sound familiar?
24  A  Yeah yeah that's right.
25  Q  Other than discussions with him did you

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 13

1  talk to anyone to prepare for today?
2  A  No. Not to prepare. I mean, I talked to
3  Jun Huang who is also at Amazon toehold me up saying
4  what's going on with this what do I have to do but
5  we didn't talk in terms of subject matter.
6  Q  I deposed Dr. Huang yesterday. Did you
7  guys talk after his deposition yesterday about how
8  it went?
9  A  No. I haven't talked to him.
10  Q  Did you talk to any lawyers of MaxLinear or
11  Entropic relating to --
12  A  I talked to Katie Allor a few times. But I
13  guess we didn't really go into any details on what's
14  in the patent or anything like that.
15  Q  When did you talk to Ms. Allor?
16  A  We talked on the phone maybe twice or three
17  times back in I want to say May, in that time frame.
18  Q  How long were the discussions?
19  A  Not very long. Five, maybe ten minutes.
20  Q  Did she tell you that a company called
21  Entropic was suing charter communications?
22  A  She mentioned she was representing
23  Entropic. I don't remember if we talked about who
24  the defendant was or not.
25  Q  What else did you talk about with

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 14

1  Ms. Allor?
2  A  She offered to represent me in this
3  deposition. And I sort of considered it but in the
4  end I decided I didn't really see the need for it.
5  So I didn't follow up on that.
6  Q  Did you talk about the substance of the
7  case at all?
8  A  No, I don't think so.
9  Q  Did you talk about the patents with
10  Ms. Allor?
11  A  No.
12  Q  Did you talk about the work that you did at
13  MaxLinear with Ms. Allor?
14  A  No.
15  Q  Other than Ms. Allor and Mr. Boardman did
16  you talk to anyone else about this case before
17  today? And Dr. Huang?
18  A  I talked briefly to Sridhar Ramesh, similar
19  to Jun, you know, when this thing first came up, I
20  asked him hey what's going on, and are you getting
21  pulled into this or not? And he said yes. But that
22  was about the end six it. We didn't talk about
23  any -- anything of substance in terms of what's in
24  the patent or not in the patent.
25  Q  And you didn't talk to Dr. Ramesh since his

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 15

1  deposition about how it went?
2  A  I'm trying to remember. No, I didn't talk
3  to him.
4  Q  I deposed him just last week?
5  A  I probably talked to him back in April or
6  May.
7  Q  Okay. Anyone else you talked to relating
8  to this case besides these people?
9  A  I mentioned it to my wife.
10  Q  Let's start with the document stamped
11  Gallagher Exhibit 1 which is US Patent 9,825,826.
12      (Exhibit 1, US Patent 9,825,826, was
13      marked.)
14  BY MR. COHN:
15  Q  Let me know when you have that up on your
16  Korean?
17  A  Is it going to show up on it.
18  Q  If you click on it there's a little delay
19  but then it should pop up.
20  A  I do have that patent open in another
21  window. Do I have to use the one that you sent me?
22  Q  No. As long as it's the complete patent.
23  A  Okay. So the '826 one.
24  Q  9,825,826B2.
25  A  Okay. I have it.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 16

1  Q  You're the first listed inventor on this
2  patent?
3  A  Correct.
4  Q  Do you remember the work you did that led
5  to this patent?
6  A  This one as I recall is sort of a follow-on
7  to the prior '008.
8  Q  Let's go to the 01st, then, and we'll talk
9  in the context of that one. And I marked that as
10 Gallagher Exhibit 2. Which for the record is US
11 Patent No. 8,792,008 B2. Let me know when you have
12 that in front of you.
13        (Exhibit 2, US Patent No. 8,792,008 B2, was
14        marked.)
15        THE WITNESS: I have it.
16 BY MR. COHN:
17 Q  With respect to the '008 do you recall the
18 work that you did that led to this patent?
19 A  It's not crystal clear. This was like
20 close to a decade or so ago. But kind of what I
21 remember is we were working on these wide band
22 tuners that can capture -- -- digitize a whole cable
23 spectrum. Patrick Tierney was the -- more the
24 marketing guy. And I believe he had talked to some
25 of the people who had -- were involved in, like,

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 17

1  what it took to maintain a cable network in the
2  field. And how difficult and expensive it was. And
3  so had he mentioned that to myself.
4        And so Jun Huang and I, as I recall, we
5  were thinking we've digitized all this data already
6  we already have it inside the chip, is there
7  something we can do to provide information to the
8  network about the quality of the signal that's
9  coming into the cable modem.
10       And so we, you know, we already had concept
11 of a channelizer and we had, you know, circuits to
12 measure power and demodulate signals.
13       So we thought okay, we have a lot of this
14 stuff here, why don't we apply, like, one more
15 channelizer path to do things like monitor the
16 spectrum, power, you know, basically the quality of
17 a particular channel. And you could switch it
18 between several -- several channels if you wanted
19 to. So that was the idea.
20 Q  The idea was to send information from the
21 receiver back to the network about a particular
22 channel in the spectrum?
23 A  And it could be -- let's say you're
24 using -- let's say there's a TV channel, you're
25 watching a particular channel. In parallel you

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 18

1  could have this monitoring circuit, if you want to
2  call it check other channels that you happen to be
3  using at that instant in time and that can be
4  happening sort of in parallel in background.
5        The idea is you could be sending that
6  information to the network all the time. And if you
7  have this deployed in many cable modems the network
8  would get information about their distributed cable
9  system in real time and in many -- from many cable
10 modems.
11 Q  This patent talks about something called a
12 channelizer. What's your understanding of what a
13 channelizer is in the context of this patent?
14 A  So in the cable spectrum the signal is sent
15 down the cable. There is typically on the order of
16 one gigahertz of information. And it's separated
17 into, in the US, typically 6-megahertz wide
18 channels. And a channel could be carrying
19 television content or it could be data like in
20 DOCSIS.
21       So you have on the order several hundred of
22 these channels that are frequency division
23 multiplexed together. So one let's say from a
24 hundred meg to 106 and the next one from 106 to 112
25 so on all the way up to like one gigahertz.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 19

1        So the purpose of a channelizeer is to pick
2  out, this is digital signal processing because we've
3  digitized the entire spectrum so we have a digital
4  signal processor to select a particular channel and
5  process the information carried in that signal.
6  Q  You said that two things were happening.
7  You used the phrase in parallel with respect to the
8  concept in the patent. What were you referring to
9  there?
10 A  Right. So you can -- you can have a single
11 digital signal processing path that picks out a
12 single channel. And let's say uses it, demodulates
13 it and creates a television signal.
14       You can have on the same integrated circuit
15 a second channelizing circuit that could then go to
16 the, let's call it the monitoring function. Or
17 could you have three or four, however many. It's
18 essentially you can add into the integrated circuit
19 as many as you -- well, I mean, there's cost there.
20 It costs dire to put them there. But with modern
21 integrated circuit it's relatively inexpensive to
22 add a second or third or let's say a monitoring
23 channel.
24 Q  So the monitoring and the data processing
25 would occur at the same time, is that what you mean

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 20

1  by in parallel?
2     A  Yeah.  Exactly.  That's what I mean in
3  parallel.
4     Q  Now, if you look at -- if you look at claim
5  one of the '008 patent, that's on the last page of
6  the patent.
7     A  Yes.  Got it.
8     Q  Do you see in claim one it talks about
9  reporting a determined characteristic to a source of
10  the received signal, at about lines 23 and 24?
11     A  Analyze said digital signal to determine a
12  characteristic and reports -- yeah, right.  Got it.
13     Q  That claim doesn't limit what the
14  determined characteristic is, right?  It could be
15  any characteristic of the channel being analyzed; is
16  that right?
17     A  That's right.  Yeah.  I sometimes have a
18  hard time deciphering what the lawyers did to what I
19  wrote but yeah, you're right, it doesn't limit them.
20     Q  And it doesn't say in claim 1 what the
21  source of the received signal will do with the
22  information reported to it; is that right?
23     A  That, I believe, is correct, yes.
24     Q  Did MaxLinear have software in place that
25  would use the characteristics that were reported

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 21

1  back to the headened?
2        MS. ALLOR:  Object to the form.
3        THE WITNESS:  No.  At that time MaxLinear
4     was strictly in the cable modem side of the
5     business so they didn't have software running
6     on the CMTS or the head end.  We had software
7     running in our chip to measure these things,
8     like signal power and spectrum and stuff like
9     that.  And format that data so that it could be
10     sent.  But we didn't have software running in
11     the head end.
12  BY MR. COHN:
13     Q  So MaxLinear made a system on chip that was
14  capable of reporting characteristics of a channel
15  back to the CMTS or the head end; is that right?
16        MS. ALLOR:  Objection to form.
17        THE WITNESS:  That's correct, yeah.
18  BY MR. COHN:
19     Q  And did the providers at the CMTS at the
20  head end have their own software that would then
21  process that information in some way?
22        MS. ALLOR:  Objection to form.
23        THE WITNESS:  I believe so, yes.  Or at
24     least -- I don't know if they had it at the
25     time we filed for the patent but over time that

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 22

1     became true, yeah.
2  BY MR. COHN:
3     Q  As far as you know, was the MaxLinear --
4  was MaxLinear the first one to make a system on chip
5  that would report characteristics of the signal back
6  to the headend?
7     A  I don't know for sure.  I don't know.  I
8  know like the tuners we had at MaxLinear had done in
9  prior, prior to this were quite a bit simpler and
10  did not have those sorts of functions but I don't
11  know if other companies, you know, had come up with
12  this sort of idea earlier or not.
13     Q  Do you recall doing any investigating at
14  the time of this patent into whether there were
15  earlier systems that reported characteristics of the
16  signal back to the source of the signal?
17     A  No.  No, in fact the patent lawyers we
18  dealt with told us specifically do not go searching
19  for that kind of thing.  So we did not.
20     Q  The patent lawyers told you that because
21  you found something that might undermine your
22  ability to get the patent?
23        MS. ALLOR:  Object to the form.
24        THE WITNESS:  I don't know.  I suppose
25     something like that.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 23

1  BY MR. COHN:
2     Q  If we look at claim three, it's about the
3  first element.  It talks about receiving a signal
4  with the bandwidth that goes from F load to F high;
5  do you see that?
6     A  Yes.
7     Q  And in claim one it talks about receiving
8  signal spanning an entire television spectrum; do
9  you see that?
10     A  Yep.  Yep.  I see.
11     Q  Is there a difference between -- as
12  inventor on this patent what do you perceive the
13  difference to be between those two elements?
14     A  I guess F low to F high could include the
15  entire television spectrum or it could be a subset
16  of it but there's not a huge difference in my mind,
17  I guess.
18     Q  Does the F low and F high in claim element
19  3 as far as you understand as inventor on this, dos
20  it have to be the lowest frequency and the highest
21  frequency that is received by the receiver?  Or can
22  it be a portion of that?
23     A  I think it could be either.  It could be
24  the entire -- the entire spectrum of our portion of
25  it, yes.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 24

1    Q   Okay.  In both claims 1 and 3 you see the
2    word "concurrently" "concurrently outputting and?
3    A   I'm not sure where it is.
4    Q   In claim one it's at about line 30 and in
5    claim 3 it's about line 44?
6    A   Okay.  Got it.
7    Q   And your understanding of that is what you
8    were talking about earlier when you talked about the
9    in parallel operation?
10   A   Correct.  That's right.  That's right.
11   Q   Now, do you recall helping to prepare the
12   patent application that we're looking at here?
13   A   The way we did it is I would write up the
14   basic idea and include some diagrams and that would
15   go to the patent lawyers, they would draw up the
16   application, and then there would be a few rounds
17   of, you know, review and corrections.  So yeah, I
18   did -- I did help.  Although I didn't specifically
19   write the document.  It's more like I wrote an idea,
20   patent lawyer put it into the sort of standard
21   format of a patent, and then I helped review the
22   result of that, some iterations of clarifications
23   and corrections.
24   Q   I'm making a note.
25       Did you have involvement in writing the

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 25

1    claims that we've been looking at, claims 1 and 3?
2    A   It was sort of similar.  The patent lawyer
3    took a first cut at the claims and then there was
4    some back-and-forth review and clarification.  I
5    mean the patent lawyers would typically try and make
6    them very general which, you know, always -- I had
7    to try and understand in what direction the
8    generality was trying to go.
9        So I didn't originally write them or at
10   least not all of them.  But then I would work with
11   the patent lawyer to try and make sure first that I
12   understood and then that it made sense from my
13   understanding of the concept.
14   Q   Do you recall with respect to these claims
15   what kind of feedback you gave, if any?
16       MS. ALLOR:  Object to the form.  And also
17       I caution Mr. Gallagher that if any of the
18       conversations you had with your attorneys, that
19       might be privileged.  So just think about that
20       when answering the question.
21       THE WITNESS:  I don't really recall, to be
22       honest with you.  I mean, this -- these
23       conversations were probably, like, 2012 or '13,
24       something like that.  Long time ago.
25   BY MR. COHN:

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 26

1    Q   Sure.  Let look at Gallagher Exhibit 1
2    which is the '826 patent.
3    A   Okay.
4    Q   Let me know when you have that in front of
5    you?
6    A   Yes.  I have it.
7    Q   You said this was a -- I don't want to
8    mischaracterize what you said.  This is a follow-on
9    to the '008, is that what you said?
10   A   I think so.  I don't remember this one as
11   clearly as the earlier one, to be honest with you.
12   Yes.  It's like a continuation or something like
13   that.
14   Q   You know what a continuation means in the
15   context of patents?
16   A   Not really.  I mean, not the legal
17   definition.  I know what the word continuation sort
18   of implies but not really.
19   Q   What does it mean to you?
20   A   Like I said, sort of a follow-on,
21   clarification maybe, that sort of thing.
22   Q   And did you review this patent in the
23   course of leading up to today?
24   A   I don't recall specifically reviewing this
25   one, but I'm -- I likely did.  But I don't have -- I

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 27

1    mean, by that time, so this was like 2017 or
2    something.  So by that time I was working on other
3    product lines that MaxLinear was pursuing.  But I
4    probably did.  I don't have any specific memory of
5    it, to be honest with you.
6    Q   All right.  If you could look at claim 1.
7    Maybe you don't remember, but whenever one of these
8    patents gets filed, do you recall having to sign an
9    oath that says I looked in over and it looks like my
10   invention?
11   A   Yeah.  Yeah.
12   Q   Do you remember doing that for this one?
13   A   Not specifically, but I remember having
14   done that, yes.
15   Q   If you look at claim 1 of the '826 patent,
16   and I'll let you look it over if you need to refresh
17   your recollection, but I'm going to ask if that
18   looks like -- if that looks familiar to you, if
19   you've ever seen it before.
20   A   Yes.  I mean, yes, I've definitely seen it
21   before.
22   Q   When was the last time you recall seeing
23   it?
24   A   Like I said, I reviewed these last night.
25   So ...

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 28

1  Q   Okay.  And before that, do you remember
2  seeing claim 1 before?
3  A   Before that.  I don't have a specific
4  memory before that, no.
5  Q   Claim 1 talks about network -- let me start
6  over.
7     Claim 1 talks about transmitting network
8  management messages back to a headend; do you see
9  that?
10  A   Right.
11     MS. ALLOR: Object to the form.
12  BY MR. COHN:
13  Q   And the network management messages are
14  based on a measured characteristic of the signal; do
15  you see that?
16  A   Yes.
17  Q   So what's the difference in your mind as an
18  inventor between reporting the determined
19  characteristic that we saw in the '008 patent and a
20  network management message that is based on a
21  measured characteristic as we're looking at here;
22  what's the difference between those two ideas?
23  A   I guess I don't really see a fundamental
24  difference.  Network management is maybe more,
25  slightly more specific, possibly.  But yeah, I don't

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 29

1  see any fundamental difference to be honest with
2  you.
3  Q   You see the last claim, element of claim
4  1 talks about controlling the transmission of
5  network management messages back to said headend
6  based on said measured characteristic, do you see
7  that?
8  A   Yes, I do.  Yes.
9  Q   Is there a difference between transmitting
10  the message versus controlling the transmission of a
11  message?
12  A   Seems sort of like splitting hairs to me,
13  but -- I don't know.  Controlling sort of implies
14  that you're choosing the time to send it or
15  something like that.  Whereas the other one is maybe
16  a little more vague, general.  Just reporting.
17  Doesn't say when you report or anything like that.
18  Q   Now, based on your understanding of the
19  ideas in this patent, is the controlling, the
20  transmission based on said measured characteristic
21  or is it the network management messages that are
22  based on the measured characteristic in in other
23  words, how do we -- what is based on the measured
24  characteristic in that element, the controlling or
25  the message?

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 30

1     MS. ALLOR: Object to the form.
2     THE WITNESS: Well, certainly the contents
3  of the message is based on what you measured.
4  But I'm trying to remember if we had this
5  concept at the time.  You can also imagine
6  let's say the -- whatever you measured is
7  falling out-of-bounds of some limit.  And you
8  decide okay, I want to notify the headend that
9  let's say they the received power is lower than
10  expected or something like that so you decide
11  to send this message based on what you
12  measured.
13     So both -- both are possible.  To be
14  honest, I don't remember if that was our
15  concept at the time.  But certainly both are
16  possible.
17  BY MR. COHN:
18  Q   Dr. Huang, the three inventors are listed
19  on this patent.  Can you tell me what you remember
20  your specific contribution was to the ideas in this
21  patent?
22  A   Sort of the general idea of having a
23  separate channelizer path and adding circuits to do
24  things like spectrum -- for a -- transpond to the
25  measure the power as a function of frequency, to

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 31

1  measure other characteristics like bit error RATE or
2  symbol error rate, those kinds of things.
3     Whereas, Jun was more of a software guy who
4  would think about how you might implement such a
5  thing.  How you would create these messages, format
6  the messages, those kinds of things.  That's what I
7  recall, anyway.
8  Q   And Mr. Tierney was -- reported the voice
9  of customer in terms of the requirements for this
10  idea, is that fair?
11  A   Or let's say the general problem, yeah.
12  The problem that the customer faced and some of the
13  things that might help the customer.  If they were
14  provided.
15  Q   I know you talked a little bit about the
16  general problems the customer faced and some of the
17  things that might help them but I want to just go
18  into a little more detail so let's break that down.
19     First let's talk about what were the
20  general problems that the customer faced that
21  Mr. Tierney contributed to this idea?
22  A   As I recall, you know, a cable network,
23  obviously you have many miles of cable and many
24  components of splitters, amplifiers, taps, these
25  kinds of things.  And the performance of individual

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 32

1  customers' cable modems depends on the performance
2  of all these components, can depend on, like, the
3  weather, let's say if there's a bad connection, if
4  it gets wet, certain frequencies might have, you
5  know, lower -- lower SNR.
6      So if the cable operator has to make sure
7  that all of these variety of components are working
8  properly all the time, it's a difficult problem.
9  Because these things are scattered all over the
10 town, you know, they're up on a telephone pole
11 sometimes.  So it can be difficult for the cable
12 operator to know if there's a problem, where is it,
13 or trying to isolate where a problem might be or
14 even if there is a problem in the first place.
15     Q  And what were some of the things that
16 Mr. Tierney said might help customers if they were
17 provided these things?
18     A  Things like the -- my understanding is
19 certain components, when they failed, the power
20 spectral density or the power as a function of
21 frequency has certain signatures, let's say.  Like a
22 certain frequency might get attenuated more than
23 others.  So if we could provide the power spectral
24 density of the received signal, that could help
25 them.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 33

1      Just having this sort of information on a
2  fairly repetitive basis could help them see changes.
3  Like say if a certain channel is slowly getting
4  worse over time, that might indicate some sort of
5  issue.  Worse in terms of SNR or power, received
6  power.
7      Could find things like interference if
8  let's say the SNR is normally pretty good but every
9  now and then we get a burst of errors that might be
10 an indication there might be some sort of
11 interference.  So these kinds of things.
12     Q  Do you recall any patents issued that you
13 remember?
14     A  You mean these specific patents or just in
15 general.
16     Q  These two, the '826 and/or the '008?
17     A  I don't remember specifically, no.
18     Q  Do you remember if you got like a memento
19 or a plaque or something from the company when the
20 patents issued?
21     A  As I recall the policy changed over time, I
22 don't recall if I got it for -- I did for some, I
23 don't remember if I specifically got it for these
24 two.
25     Q  Have you ever suspected that another

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 34

1  company was infringing either of these patents?
2      A  I was not aware, no.
3         MS. ALLOR:  Object to the form.
4  BY MR. COHN:
5      Q  Are you aware of anyone at MaxLinear who
6  suspected that someone was infringing either of
7  these two patents?
8      A  Not that I'm aware.
9      Q  Do you know if Broadcom has provided a
10 spectrum monitoring function in their DOCSIS
11 compliant chip?
12     A  I believe they do.  Yeah, I believe they
13 do.
14     Q  Do you know when you -- when you first
15 became aware that they might provide such a feature?
16     A  No, I don't really recall when -- I mean,
17 we learned about it at some point but I don't recall
18 when.
19     Q  Was it shortly before you left the company
20 or was it several years before you left the company
21 that you learned that Broadcom might have a spectral
22 monitoring feature?
23     A  I think it was a few years before, two or
24 three, something like that.  Like I said, by then I
25 had sort of moved on to different -- different

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 35

1  product lines but I did hear about it, yeah.
2      Q  When did you move -- when you say different
3  product lines, what are the two product lines you're
4  talking about?  From what product line to what
5  product line?
6      A  So we -- there were several.  We worked
7  on -- I worked on a demodulator for satellite
8  television, stuff like DIRECTV.  And then we worked
9  on a chip that was to go into the headend or the
10 so-called remote FI.  I worked on that for a while.
11 And then I worked on something for microwave
12 backhaul.  It was a tuner for microwave backhaul
13 products used mostly in, like, cellular kinds of
14 systems.
15     Q  Are these the products that you moved to
16 after you were working on the cable systems on chip?
17     A  Correct, yeah.
18     Q  How long were you working on the cable
19 modem systems on chip?
20     A  From when I first joined in 2009 until I
21 would say about -- somewhere around 2014, '15,
22 somewhere in that neighborhood.  So by then, by 2015
23 I was managing a group.  So certain people in my
24 group would still be working on cable.  I tended to
25 do some of that, but more investigations in new

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 36

1  business areas and stuff like that.
2      Q   I want to ask you about documents that I
3  just put up in the Exhibit Share that starts with
4  Gallagher 0005.  And for the record, it is an eight
5  page document that begins MXL001951.
6          Let me know when you are able to have that
7  in front of you.
8          MS. ALLOR:  So before you show this to him
9      it's marked restricted attorneys eyes only.  I
10     would say don't show it to him until you've
11     confirmed he's seen it while he was at
12     MaxLinear.  So I don't think he has the right
13     to see it if he's not seen it in the past.
14 BY MR. COHN:
15     Q   Okay.  So it dated February 2014 and it's
16 titled, it's a presentation titled full spectrum
17 capture technology.  Did you see presentations
18 titled full spectrum capture technology while in
19 2014 while you were at MaxLinear?
20     A   Likely.  I still don't see how to see the
21 documents you are showing so I can't see it as of
22 this moment.  So where would I find the documents?
23     Q   So are you at the Exhibit Share site?
24     A   Is that part of Zoom or is that something
25 different.

          **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 37

1      Q   That's different.  80s Veritext Exhibit
2  Share.
3      A   Okay.  Let me go back to that.
4          MS. ALLOR:  Why don't we go off the record
5      for a second so he can make sure he can get on.
6          MR. COHN:  That's fine.
7          THE VIDEOGRAPHER:  We're now going off the
8      record.  The time is 9:30.
9          (Off the record.)
10         THE VIDEOGRAPHER:  We're now back on the
11     record the time is 9:45.
12 BY MR. COHN:
13     Q   We're back, Mr. Gallagher.  When you were
14 at MaxLinear you're familiar with the terms "narrow
15 band" "wide band" and "full spectrum," right?
16     A   Right, yes.
17     Q   Those were three terms used at MaxLinear to
18 refer to three different groups of products, right?
19     A   That's right, yes.
20     Q   And the narrow band referred to products
21 that had 6-megahertz tuners in them?
22     A   6 or 8, yes.  8 for Europe and 6 for the
23 US.
24     Q   And wideband was a term that referred to
25 tuners with either 96-megahertz or 102-megahertz

          **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 38

1  tuning; is that right?
2      A   Yes.  Yes.
3      Q   And then full spectrum referred to products
4  that would digitize the entire spectrum; is that
5  right?
6      A   1 or 1.2 gigahertz, something like that,
7  yes.
8      Q   And were those term that were well known in
9  the industry at the time?
10     A   Certainly narrow band was pretty well
11 known.  I don't know if wide band was -- yeah, I
12 don't really know.  Full spectrum or full band
13 seemed to be pretty widely known, at least, you
14 know, I don't know if it was known widely at the
15 time frame of these patents or the first patent,
16 anyway.  But certainly over the next few years
17 became pretty widely known.
18     Q   Both MaxLinear and Broadcom had products
19 that they would call wide band that had either
20 96-megahertz or 192-megahertz tuners; is that right?
21         MS. ALLOR:  Object to form.
22         THE WITNESS:  I don't recall Broadcom
23     having such a thing but you're probably right.
24     I think you're right.  Yeah.  But I don't
25     really recall specifically Broadcom's so-called

          **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 39

1      wide band product.
2  BY MR. COHN:
3      Q   There was a time when both MaxLinear and
4  Broadcom had products that would digitize the entire
5  spectrum, right?
6          MS. ALLOR:  Object to the form.
7          THE WITNESS:  Yes, that's right.
8  BY MR. COHN:
9      Q   MaxLinear's were called full spectrum
10 capture and Broadcom's were called full band
11 capture; is that right?
12     A   I think that's correct, yes.
13     Q   Do you know which company began marketing
14 their -- the products that could digitize the entire
15 spectrum first?  Was it the full spectrum capture
16 from MaxLinear or the full band capture from
17 Broadcom?
18         MS. ALLOR:  Object to the form.
19         THE WITNESS:  When you say marketing, you
20     mean actually selling the product or
21     advertising, which one do you mean?  Either one
22     I don't recall, to be honest with you.  It was
23     roughly the same time, within I don't know a
24     year or so.
25 BY MR. COHN:

          **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 40

1  Q  And the terms full spectrum capture and
2  full band capture are similar term you don't
3  remember which one was used first?
4  A  No, I don't really remember which one came
5  first.
6  Q  Do you know how MaxLinear came up with the
7  term full spectrum capture?
8  A  I don't. That was probably Patrick was
9  doing that sort of marketing. I was much more on
10 the engineering side.
11 Q  Okay. Can you turn to what is marked
12 Gallagher Exhibit 3? Which, for the record, is US
13 Patent 9,210,262 B2.
14     (Exhibit 3, US Patent 9,210,262 B2, was
15     marked.)
16     THE WITNESS: Opening it.
17     MS. ALLOR: Marc, are you going to remove
18 that Gallagher Exhibit 5 so he doesn't have
19 access to that AEO document?
20     MR. COHN: Yeah, Gallagher 5, I don't know
21 that I can delete it from the folder but I will
22 instruct the witness not to open Gallagher
23 Exhibit 5 and we'll make sure it's not part of
24 the record. Is that fair with everybody?
25     MS. ALLOR: Yes.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 41

1     MR. COHN: Okay.
2     THE WITNESS: Okay. All right. So I have
3     the '362 patent open.
4  BY MR. COHN:
5  Q  Is this one of the patents you reviewed for
6  today?
7  A  I did not, no. I haven't looked at this
8  one in a long time.
9  Q  This is not one of the patents were you
10 asked to review today?
11 A  Correct.
12 Q  You are the third listed inventor on this
13 patent; do you see that?
14 A  Yes, I do.
15 Q  Can you take a moment to look it over
16 briefly and let me know if it refreshes your
17 recollection as to what you may have contributed to
18 this patent?
19 A  Okay. I'm learning how to use this tool.
20 Q  Yeah. So scrolling through the pages,
21 you're going to have to whoever over the bottom
22 middle of the page and 1 of 19 will pop up and you
23 can use that to scroll.
24 A  Okay. Yeah. Sort of remember some of this
25 stuff. Yes. Okay. Yeah. So my contribution of

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 42

1  this thing was mostly in this digital processing, I
2  think they call it the digital frond end here.
3  Okay.
4  Q  You said your contribution was focused on
5  the digital frond end?
6  A  Mostly, yeah. There were tradeoffs between
7  the sampling rate of the analog part and the digital
8  processing. So I was involved in some of that. And
9  then I was also involved in some of the architecture
10 of this digital front end part of it.
11 Q  Okay. And that digital front end had to
12 interface with the radio front end; is that right?
13 A  Correct, yeah.
14 Q  And if you look at figure 2, for example,
15 let me know when you're there.
16 A  Okay I'm at figure 2.
17 Q  You see there's two ADCs between the radio
18 front end and the digital front end?
19 A  Right.
20 Q  And there's are analog to digital
21 converters?
22 A  That's right, yes? It's showing in
23 figure 2 those are digitizing half of the spectrum
24 received at the RF input; is that right.
25     MS. ALLOR: Object to the form.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 43

1     THE WITNESS: So when you do IQ sampling
2     like this, that's a little bit technical, the
3     bandwidth that the composite signal represents
4     is -- how can I put this?
5        If you look at only I or only Q, yeah, the
6     bandwidth looks like half. But when you
7     process them broad you get the full bandwidth.
8     At least that's what I think they're trying to
9     say here. I haven't looked at this in a long
10    time.
11       Okay. Do you have other questions?
12 BY MR. COHN:
13 Q  Yeah, I'm thinking of a followup.
14    So each of the ADCs are digitizing half the
15 spectrum in terms of bandwidth?
16 A  I guess you can think of it that way. It's
17 not quite technically correct. Yeah, you can kind
18 of think of it that way.
19 Q  Was it your understanding that this device
20 was meant to digitize the entire spectrum being
21 received at the RF input?
22 A  This looks like the architecture of the
23 earlier product line where we were digitizing on the
24 order of a hundred megahertz. Although there's no
25 reason you couldn't use the same sort of

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 44

1  architecture to digitize the entire spectrum.  In
2  the end we didn't use this in our products for the
3  so-called full spectrum products, did not use this
4  architecture.
5     Q   The MaxLinear full spectrum products did
6  not use the architecture in this '362 patent, is
7  that what you remember?
8        MS. ALLOR:  Object to the form.
9        THE WITNESS:  I'm looking at the other to
10    see if the other figures are all kind of the
11    same.
12       So there are aspects that are -- that were
13    used and other aspect that are different in the
14    products that I recall.
15 BY MR. COHN:
16    Q   Okay.  What aspect that you see in the '362
17 patent were used in the MaxLinear product that you
18 remember?
19    A   '362.
20    A   So this, what's called IQ sampling where
21 you have two ADCs, that's the architecture we used
22 for the so-called wide band products, the ones that
23 preceded that came before the so-called full
24 spectrum.
25    Q   The full spectrum capture ones we had

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 45

1  somewhat similar or we shared a lot of the concepts
2  of the digital frond end.  It wasn't identical but a
3  lot of similar ideas.
4     Q   The radio frond end was different than the
5  full spectrum products than what's shown in this
6  patent, right?
7     A   Yes.  That's correct.
8     Q   Using two ADCs to digitize the I and the Q
9  signals is that something nuh-uh guys had come up
10 with or was that something known for a time?
11    A   No that was pretty standard signal
12 processing.  This concept of having a mixer and then
13 IQ sampling, I had seen that many years before I was
14 at MaxLinear.
15    Q   Okay.  Is that known as quadrature?
16    A   Yeah, quadrature sampling is sometimes
17 referred to that, yeah.
18    Q   When you said the radio frond enter
19 architecture of this '362 patent was used in the
20 so-called wide band MaxLinear products you mean the
21 one that had the 96 or the 192-megahertz sampling
22 rate?
23    A   Those bandwidths, yes, process those
24 bandwidths.  What I recall is -- I don't recall
25 there being -- there were two parallel paths each

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 46

1  having 100-megahertz bandwidth.  Something like
2  that.  Those are the very early ones I worked on,
3  2010 and '11.
4     Q   And at least with the examples you see in
5  this patent, it doesn't show the radio frond end
6  digitizing the entire spectrum at the RF input,
7  right?  Just a portion of it?
8     A   Right.  That's what I see in the figures
9  and so on, yes.
10    Q   Okay.
11    A   Although just to be clear, there's nothing
12 restrict -- I mean you could use this architecture
13 to capture the entire spectrum it's just that it
14 doesn't really talk about it.  I haven't looked at
15 the claims but it doesn't show it in the figures.
16    Q   Let's look at Gallagher Exhibit 4.
17       (Exhibit 4, US Patent 10,135,682 B2, was
18       marked.)
19 BY MR. COHN:
20    Q   Which for the record is US Patent
21 10,135,682 B2.
22    A   Okay.
23    Q   Do you see that you're the third listed
24 inventor on this patent?
25    A   Correct.

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 47

1     Q   Do you remember what your contribution was
2  to the -- well, let me back up.
3        Is this one of the patents you reviewed
4  before today?
5     A   Yes.  I spent less time on this one than
6  the other two but I did look at it briefly.
7     Q   Is there a reason why you spent less time
8  on this one?
9     A   It was getting late.
10    Q   Is it didn't have anything to to with the
11 substance of the patent?
12    A   I was the third inventor so I was somewhat
13 less involved in this one compared to the other two.
14    Q   What was your involvement in this patent,
15 the '682 patent?
16    A   I'm trying to remember.
17    Q   Feel free to scroll through it if that
18 helps you remember?
19    A   I don't really remember, to be honest with
20 you, what specifically I contributed here.
21    Q   Do you remember working on an architecture
22 involving CMTS with assigned cable modems to service
23 group based on SNR profile?
24    A   Yes.  Yes.
25    Q   What is a service group in the context of

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 48

1  this patent as you understand it?
2      A  It's a grouping of cable modems that let's
3  say are signal toward and managed as a separate
4  group compared to other group of cable modems.
5      Q  The cable modems in a signal group should
6  have the similar signal to noise ratio profile to
7  get this -- the benefits; is that fair?
8      A  That's the basic idea, is you try and group
9  cable modems that have similar SNR characteristics.
10 And then you can use more efficient bandwidth,
11 efficient signaling toward that group of cable
12 modems.
13         I've got some noise outside.  Let me close
14 the door briefly.
15     Q  So the idea here is to set the physical
16 layer communication parameters for -- differently
17 for the different service group based on their SNR
18 profile?
19     A  Yeah.  I'm trying to remember it's been a
20 long time but I think there are certain messages
21 that are sort of broadcast and need to be heard by
22 all of the cable modems in a service group.  And so
23 you can use more efficient -- if you group them such
24 that all of them can hear a or can demodulate more
25 bandwidth deficient signal then you can use more

         **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 49

1  efficient signaling for those broadcast messages.
2  That sort of thing.
3      Q  You'd want to base the physical layer
4  communication parameters in a service group on the
5  worst case SNR profile among the cable modems in
6  that group so you can be assured that they can all
7  hear the signal, is that fair?
8          MS. ALLOR:  Object to the form.
9          THE WITNESS:  Correct.
10 BY MR. COHN:
11     Q  Wouldn't can't to base the physical layer
12 communication parameters on the best case SNR
13 profile because then you wouldn't be assured that
14 those modems with worse profiles in the group could
15 hear it, is that fair?
16     A  For the messages that are intended to be
17 heard by all of the cable modems in the group,
18 that's correct, yeah.
19     Q  Do you know if MaxLinear products used this
20 technology in this patent?
21     A  Like I mentioned, we were working on a chip
22 to go into something called remote phy which is
23 similar to parts of the CMTS.  By the time I left
24 MaxLinear we did not have that chip in the market
25 yet.  We were working on, you know, the chip and the

         **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 50

1  software that's associated with the chip.  And I
2  think the software did -- or at least we had in the
3  sort of software requirements to do this sort of
4  thing.  I don't recall if we ever got that
5  implemented and tested and that sort of thing or
6  not.
7          And as far as I know, that chip is not in
8  the market, unless it came to market after I left
9  MaxLinear.
10     Q  When you say "remote phy" you mean remote
11 PMY; is that correct?
12     A  Yes.  So that was a partition of the cable
13 modem headend functions where you would have some
14 parts of the CMTS remotely situated from the
15 traditional headend, let's say.
16     Q  Have you heard of something called RX mer,
17 MER?
18     A  I have -- I mean, it's -- it not a term I
19 typically use, I think I have had it, I think it's
20 similar to SNR but I'm not a hundred percent sure on
21 this.
22     Q  There's a little noise here let me step
23 away, stay on the record, it will only take me a
24 second.
25         You don't remember that RX mer stands for

         **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 51

1  receive model location error ratio?
2      A  Yeah.  I mean I typically didn't use that
3  term, that modulation error ratio but yeah, I
4  understand it.
5      Q  It's different than SNR, right, they're not
6  the same?
7      A  Closely related I would say, modulation
8  error rate sort of implies you have the ideal
9  modulation signaling points and you measure the
10 receive signal compared to those signaling points
11 and you call that error.
12         SNR I guess sort of maybe generalizes
13 slightly.  It talks about the signal in general
14 rather than specific modulation signal endpoints.
15         But quite similar concepts, I would say.
16     Q  Is RX mer a new concept that were not
17 familiar with when were working on this patent?
18     A  I wouldn't say a new concept.  Maybe that
19 particular term is somewhat unusual in my, say,
20 prior experience.
21     Q  Is there a reason why only SNR is mentioned
22 in the '682 patent and not RX MER.
23
24     A  No, not that I'm aware of, no.
25     Q  Is there any reason you couldn't have

         **ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 52

1  included RX MER in the patent if you wanted to if
2  you thought it was part of your invention?
3     MS. ALLOR: Object to the form.
4     THE WITNESS: No I'm not aware of a reason
5   it couldn't have been included. Like I said,
6    in my mind they're very similar terms.
7  BY MR. COHN:
8    Q   You're aware that MaxLinear sold a number
9  of patents to a company all Entropic communications?
10   A   I guess I came to know that when all of
11 this stuff came up. I wasn't aware before then.
12   Q   When you say all this stuff came up you
13 mean the subpoena?
14   A   Subpoena, exactly.
15   Q   Did you know about this lawsuit before you
16 were subpoenaed?
17   A   I got a call from an Amazon lawyer saying
18 that this might happen. I think maybe a few weeks
19 before the -- before the subpoena showed up.
20   Q   Before that you didn't know about this
21 lawsuit?
22   A   Correct.
23   Q   Now, when you were at MaxLinear, are you
24 aware of any instances in which MaxLinear sought to
25 enforce its patents against another company?

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 53

1    A   Not that I recall, no.
2    Q   We had to defend against some, but I don't
3  recall us trying to enforce our patents.
4    Q   Were you involved in any of the lawsuits
5  where MaxLinear had to defend itself against
6  allegations of patent infringement?
7    A   No, not really. They were mostly related
8  to analog aspect that I was not so involved with.
9    Q   Do you know if MaxLinear settled any of
10 those lawsuits?
11   A   I don't recall. I remember lots of heated
12 discussions about whether we should or shouldn't,
13 but I don't remember how it all ended up.
14   Q   Did you ever have any discussion was anyone
15 at MaxLinear while were you there about whether
16 Broadcom was using any MaxLinear technology?
17   A   I don't recall having had such discussions,
18 no.
19   Q   Do you know if when you were at MaxLinear
20 if there were -- if anyone was interested in
21 learning whether Broadcom was using MaxLinear
22 technology?
23   A   No, not that I was aware of. No.
24   Q   You were aware that MaxLinear was involved
25 in collaboration with a cable labs and other

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 54

1  companies that involved DOCSIS standard settings?
2    A   Yes.
3    Q   Did you have any involvement in that?
4    A   I did somewhat later on. Mostly related to
5  this remote phy, remote phy concept and
6  standardizing some of the remote phy technologies,
7  let's say. But before that, we were working often
8  with Intel and Intel was sort of the main -- the
9  main company that went to the standards body.
10   Q   When you say the main company that went to
11 the standards body do you mean on behalf of
12 MaxLinear? What do you mean by that?
13   A   I don't know if I would say on behalf of
14 MaxLinear, but we would hear of, you know, trends in
15 the standardization process primarily through the
16 Intel representative.
17   Q   Did you have an understanding that as part
18 of MaxLinear's collaboration with Cable Lab on
19 DOCSIS standards that MaxLinear was able to have
20 patent rights in the intellectual property of other
21 companies that were essential to DOCSIS?
22   A   Patent rights. Like I said, I'm not sure I
23 understand the question.
24   Q   Did you have any understanding about how
25 the companies that worked with cable labs on DOCSIS

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 55

1  shared rights on intellectual property that was
2  essential to using DOCSIS?
3    A   I was not really involved in those sorts of
4  discussions. I remember talk of that kind of thing,
5  but it wasn't really my area of, you know, focus or
6  expertise. You think you're talking about whether
7  you're required to license the patent or provide the
8  patent license-free. I remember there were several
9  policies that were being discussed between various
10 different standards bodies, but I don't remember,
11 you know, specifically with DOCSIS what the rules
12 were there.
13      MR. COHN: Okay. I will pass the witness.
14      MS. ALLOR: I don't have any questions for
15   Mr. Gallagher.
16      MR. COHN: All right.
17      THE VIDEOGRAPHER: Okay. This concludes
18   today's deposition of Timothy Gallagher. We're
19   now going off the record. The time is 10:18.
20      MR. COHN: Thank you, Mr. Gallagher.
21      (Proceedings ended at 10:18 a.m.)

**ROUGH DRAFT-7/19/23 TIMOTHY GALLAGHER-ROUGH DRAFT**

Page 56

```
1         ROUGH INDEX TO EXHIBITS
2
          MARKED        DESCRIPTION         PAGE  LINE
3
          Exhibit 1     US Patent 9,825,826     15   12
4
5  Exhibit 2    US Patent 8,792,008 B2   16   13
6
          Exhibit 3     US Patent 9,210,262 B2   40   14
7
8  Exhibit 4    US Patent 10,135,682 B2  46   17
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```