```
 `
1  Jeffrey Miller
   jeffrey.miller@arnoldporter.com
2  Marc A. Cohn
   Marc.cohn@arnoldporter.com
3  ARNOLD & PORTER KAY SCHOLER LLP
   601 Massachusetts Avenue NW
4  Washington, DC 20001-3743
   Telephone: (202) 942-5000
5
   Marc A. Cohn
6  marc.cohn@arnoldporter.com
   ARNOLD & PORTER KAYE SCHOLER LLP
7  601 Massachusetts Avenue NW
   Washington, DC 20001-3743
8  Telephone: (202) 942-5000

9  Attorneys for Defendant/Movant
   CHARTER COMMUNICATIONS, INC.
10
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | CASE NO.: 3:23-cv-01346-H-KSC |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| CHARTER COMMUNICATIONS, INC., | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Sherri Mills, hereby certify that on August 1, 2023 a copy of the following documents were served upon the following parties as indicated:

- **MOTION FOR LEAVE TO AMEND MOTION TO COMPEL TIERNEY**
- **AMENDED NOTICE OF MOTION TO COMPEL**
- **AMENDED MEMO OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO COMPEL**
- **AMENDED DECLARATION OF MARC A. COHN IN SUPPORT OF MOTION TO COMPEL AND EXHIBITS A - L**
- **CIVIL COVER SHEET**
- **ORDER DATED JULY 26, 2023 1) DENYING MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA, 2) REQUIRING COMPLIANCE WITH CHAMBERS RULES; AND 3) SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE SUBPOENA**

| Patrick Tierney<br>319 Rancho Santa Fe Road<br>Encinitas, CA  92024<br>ptierney26_2@sbcglobal.net | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Overnight Mail<br>☒ Via Electronic Mail |
|---|---|

　　　　　　　　　　　　　　　　　　　　/s/ Sherri Mills
　　　　　　　　　　　　　　　　　　　　Sherri Mills

CERTIFICATE OF SERVICE                    -2-