```
`
```

1  Jeffrey Miller
   jeffrey.miller@arnoldporter.com
2  Marc A. Cohn
   Marc.cohn@arnoldporter.com
3  **ARNOLD & PORTER KAY SCHOLER LLP**
   601 Massachusetts Avenue NW
4  Washington, DC 20001-3743
   Telephone: (202) 942-5000
5
   Marc A. Cohn
6  marc.cohn@arnoldporter.com
   **ARNOLD & PORTER KAYE SCHOLER LLP**
7  601 Massachusetts Avenue NW
   Washington, DC 20001-3743
8  Telephone: (202) 942-5000

9  Attorneys for Defendant/Movant
   CHARTER COMMUNICATIONS, INC.
10

11                UNITED STATES DISTRICT COURT
12                SOUTHERN DISTRICT OF CALIFORNIA
13

14  ENTROPIC COMMUNICATIONS, LLC,    )    CASE NO.: 3:23-cv-01346-H-KSC
                                     )
15           Plaintiff,              )
                                     )    **CERTIFICATE OF SERVICE**
16       v.                          )
                                     )
17  CHARTER COMMUNICATIONS, INC.,    )
                                     )
18           Defendants.             )
                                     )
19                                   )
                                     )
20  _____)

21
22
23
24
25
26
27
28

                                -1-

# CERTIFICATE OF SERVICE

I, Sherri Mills, hereby certify that on August 2, 2023 a copy of the following documents were served upon the following parties as indicated:

- **NOTICE OF MOTION AND MOTION TO COMPEL TIERNEY**
- **MEMO OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO COMPEL**
- **DECLARATION OF MARC A. COHN IN SUPPORT OF MOTION TO COMPEL AND EXHIBITS A - M**
- **CIVIL COVER SHEET**
- **ORDER DATED JULY 26, 2023 1) DENYING MOTION TO ENFORCE OUT OF DISTRICT SUBPOENA, 2) REQUIRING COMPLIANCE WITH CHAMBERS RULES; AND 3) SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE SUBPOENA**

| | |
|---|---|
| George C. Summerfield<br>James A. Shimota<br>Jason Engel<br>Katherine Allor<br>K&L Gates LLP<br>70 W Madison St # 3300<br>Chicago, IL 60602<br>George.Summerfield@klgates.com<br>Jim.Shimota@klgates.com<br>jason.engel@klgates.com<br>Katy.Allor@klgates.com<br><br>Nicholas Lenning<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104<br>Nicholas.Lenning@klgates.com<br><br>Darlene F. Ghavimi<br>Matthew Blair<br>K&L Gates LLP<br>2801 Vía Fortuna<br>Suite #650<br>Austin, Texas 78746<br>Darlene.Ghavimi@klgates.com<br>Matthew.Blair@klgates.com<br><br>Peter Soskin<br>K&L Gates LLP<br>4 Embarcadero Ctr<br>San Francisco, CA 94111<br>Peter.Soskin@klgates.com<br><br>Kenneth H. Bridges<br>Bridges IP Consulting<br>2113 19th Ave South<br>Nashville, TN 37212<br>bridgesip@icloud.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Mail<br>☒ Via Electronic Mail |

| | |
|---|---|
| Wesley Hill<br>Andrea Fair<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Pkwy<br>Longview, Texas 7560<br>wh@wsfirm.com<br>andrea@wsfirm.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Mail<br>☒ Via Electronic Mail |

*/s/ Sherri Mills*
Sherri Mills

CERTIFICATE OF SERVICE -3-