Jeffrey Miller
jeffrey.miller@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Marc.cohn@arnoldporter.com

Attorneys for Defendant
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | **Case No. 3:23-cv-01346-H-KSC**<br><br>**CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE COURT'S JULY 26, 2023 ORDER (ECF NO. 3)** |

Charter Communications, Inc. ("Charter") respectfully submits this response to the Court's July 26, 2023 Order ("Order") (ECF No. 3).

Per the Order, Charter served a copy of the Order on Patrick Tierney via email and overnight mail. (*See* ECF No. 9). In the email and mailing, counsel for Charter informed Mr. Tierney that, per the Order, the Court ordered the parties to meet no later than August 9, 2023 regarding "(1) all disputed issues raised in the Motion, and (2) whether Charter's Motion should be transferred to the U.S. District Court for the Eastern District of Texas." Counsel for Charter asked Mr. Tierney to call him and provided a phone number. Mr. Tierney did not respond.

On August 7, 2023, counsel for Charter sent another email to Mr. Tierney informing him, again, that the parties needed to confer before August 9, 2023. As of the filing of this response, Mr. Tierney has not responded.

Because Mr. Tierney has not contacted Charter, the parties have not been able to confer per the Court's Order. Consequently, the parties are unable to resolve their dispute through the meet and confer process and are unable to file a Joint Motion for Determination of Discovery Dispute.

Charter believes that Mr. Tierney is not represented by counsel. Charter does not have a phone number for Mr. Tierney.

Dated: August 9, 2023

Respectfully submitted,

*/s/ Jeffrey Miller*
Jeffrey Miller
ARNOLD & PORTER KAY SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500
*jeffrey.miller@arnoldporter.com*

Marc A. Cohn
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Marc.cohn@arnoldporter.com

**Attorneys for Defendant**
**CHARTER COMMUNICATIONS, INC.**

# CERTIFICATE OF SERVICE

I, Sherri Mills, hereby certify that on August 9, 2023 a copy of the following document was served upon the following party as indicated:

- **CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE COURT'S JULY 26, 2023 ORDER (ECF NO. 3)**

| Patrick Tierney<br>319 Rancho Santa Fe Road<br>Encinitas, CA  92024<br>ptierney26_2@sbcglobal.net | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Overnight Mail<br>☒ Via Electronic Mail |
|---|---|

                      */s/ Sherri Mills*
                      Sherri Mills