UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Case No.: 23-cv-1346-H-KSC<br><br>**ORDER (1) GRANTING MOTION TO STRIKE; (2) DENYING AS MOOT MOTION TO SEAL; (3) DENYING WITHOUT PREJUDICE MOTION TO AMEND; (4) DIRECTING COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 30 & 45; (5) SETTING STATUS CONFERENCE** |

Defendant Charter Communications, Inc. ("Charter") presently has three motions before the Court: a Motion to Seal; a Motion to Strike; and a motion seeking leave to file an Amended Motion to Compel Third Party Patrick Tierney to Produce Documents, Information and Objects and to Appear for Deposition. *See* Doc. Nos. 5, 7, 8. The Court held a Status Conference on the record at which counsel for both parties appeared on August 21, 2023. Doc. No.13.

As stated on the record, plaintiff Entropic Communications, LLC ("Entropic") does not oppose Charter's Motion to Seal or Motion to Strike. Accordingly, the Motion to Strike [Doc. No. 7] is **GRANTED** and the Clerk of Court is **DIRECTED** to strike Docket Numbers 1, 4, 5, and 6 from the record of this action.

The Motion to Seal [Doc. No. 5] is **DENIED as MOOT** and stricken.

The Motion to Amend [Doc. No. 8] is **DENIED WITHOUT PREJUDICE**.

Charter is directed to serve a deposition notice and subpoena on Patrick Tierney (and on all parties to this action) on or before **August 23, 2023,** in compliance with Rules 30 and 45 of the Federal Rules of Civil Procedure.

Charter is directed to file (and serve on all parties) a Proof of Service of the compliant subpoena and notice of deposition on or before **August 25, 2023**.

If Charter is unable to secure Mr. Tierney's deposition, or if Entropic objects to Charter taking Mr. Tierney's deposition or the document requests, the parties are **specifically directed to contact chambers before filing any further motions**.

If Charter secures Mr. Tierney's testimony without needing intervention from the Court, the parties are directed to file the appropriate paperwork to dismiss the case under Federal Rule of Civil Procedure 41 within 30 days after the completion of the deposition and document production, whichever is later.

A telephonic, counsel-only status conference is set for **October 6, 2023**, at **11:00 a.m.** before Magistrate Judge Karen S. Crawford. To participate in the conference, counsel must dial the toll-free number, 1-877-873-8017, and use access code 2924630. Participants will remain on hold until the Court activates the conference call.

Charter is **ORDERED** to serve a copy of this Order on Mr. Tierney and all parties to this action.

Dated: August 21, 2023

Hon. Karen S. Crawford
United States Magistrate Judge