`

Jeffrey Miller
jeffrey.miller@arnoldporter.com
**ARNOLD & PORTER KAY SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
marc.cohn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

Attorneys for Defendant/Movant
CHARTER COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | CASE NO.: 3:23-cv-01346-H-KSC<br><br>**CERTIFICATE OF SERVICE** |

-1-

US 174456765v1

# CERTIFICATE OF SERVICE

I, Sherri Mills, hereby certify that on August 21, 2023 a copy of the following documents were served upon the following parties as indicated:

- **NOTICE OF SUBPOENA TO PATRICK TIERNEY AND COPIES OF (1) SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND (2) SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

- **ORDER DATED AUGUST 21, 2023 (1) GRANTING MOTION TO STRIKE; (2) DENYING AS MOOT MOTION TO SEAL; (3) DENYING WITHOUT PREJUDICE MOTION TO AMEND; (4) DIRECTING COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 30 & 45; (5) SETTING STATUS CONFERENCE**

| | |
|---|---|
| George C. Summerfield<br>James A. Shimota<br>Jason Engel<br>Katherine Allor<br>Samuel P. Richey<br>Ketajh Brown<br>K&L Gates LLP<br>70 W Madison St # 3300<br>Chicago, IL 60602<br>George.Summerfield@klgates.com<br>Jim.Shimota@klgates.com<br>jason.engel@klgates.com<br>Katy.Allor@klgates.com<br>Samuel.richey@klgates.com<br>Ketajh.brown@klgates.com<br><br>Nicholas Lenning<br>Courtney Neufeld<br>K&L Gates LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104<br>Nicholas.Lenning@klgates.com<br>courtney.Neufeld@klgates.com<br><br>Darlene F. Ghavimi<br>Matthew Blair<br>K&L Gates LLP<br>2801 Vía Fortuna, Suite #650<br>Austin, Texas 78746<br>Darlene.Ghavimi@klgates.com<br>Matthew.Blair@klgates.com<br><br>Christina Goodrich<br>Connor Meggs<br>K&L Gates LLP<br>10100 Santa Monica Boulevard<br>Los Angeles, California 90067<br>christina.goodrich@klgates.com<br>connor.Meggs@klgates.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Mail<br>☒ Via Electronic Mail |

| | | |
|---|---|---|
| 1 | Peter Soskin<br>K&L Gates LLP<br>4 Embarcadero Ctr<br>San Francisco, CA 94111<br>Peter.Soskin@klgates.com<br><br>Kenneth H. Bridges<br>Bridges IP Consulting<br>2113 19th Ave South<br>Nashville, TN 37212<br>bridgesip@icloud.com<br><br>Wesley Hill<br>Andrea Fair<br>Ward, Smith & Hill, PLLC<br>1507 Bill Owens Pkwy<br>Longview, Texas 7560<br>wh@wsfirm.com<br>andrea@wsfirm.com | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☐ Via Overnight Mail<br>☒ Via Electronic Mail |

*/s/ Sherri Mills*
Sherri Mills