`

Jeffrey Miller
jeffrey.miller@arnoldporter.com
**ARNOLD & PORTER KAY SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
marc.cohn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

Attorneys for Defendant/Movant
CHARTER COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>          Defendant. | CASE NO.: 3:23-cv-01346-H-KSC<br><br>**CERTIFICATE OF SERVICE** |

-1-

US 174456768v1

# CERTIFICATE OF SERVICE

I, Sherri Mills, hereby certify that on August 23, 2023 a copy of the following documents were served upon the following parties as indicated:

- **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION AND SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

- **ORDER DATED AUGUST 21, 2023 (1) GRANTING MOTION TO STRIKE; (2) DENYING AS MOOT MOTION TO SEAL; (3) DENYING WITHOUT PREJUDICE MOTION TO AMEND; (4) DIRECTING COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 30 & 45; (5) SETTING STATUS CONFERENCE**

| Patrick Tierney<br>319 Rancho Santa Fe Road<br>Encinitas, CA  92024<br>ptierney26_2@sbcglobal.net | ☐ Via U.S. Mail<br>☐ Via Hand Delivery<br>☒ Via Overnight Mail<br>☒ Via Electronic Mail |
|---|---|

/s/ *Sherri Mills*
Sherri Mills

CERTIFICATE OF SERVICE                -2-
US 174456768v1