Jeffrey Miller
jeffrey.miller@arnoldporter.com
**ARNOLD & PORTER KAY SCHOLER LLP**
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
marc.cohn@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

ATTORNEYS FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC,<br><br>Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE COURT'S AUGUST 21, 2023 ORDER (ECF NO. 14)** |

Charter Communications, Inc. ("Charter") file this Response to the Court's August 21, 2023 Order (ECF No. 14).

Charter served a copy of (1) the Court's August 21, 2023 Order (ECF No. 14) on Entropic Communications, LLC and (2) a Notice of Subpoena to Patrick Tierney with attached Subpoena To Testify At A Deposition In A Civil Action and Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action by email on August 21, 2023 (ECF No. 15).

Charter served a copy of (1) the Court's August 21, 2023 Order (ECF No. 14); (2) Subpoena To Testify At A Deposition In A Civil Action and (3) Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action on Patrick Tierney by email and overnight mail on August 23, 2023 (ECF No. 16).

Per Rule 45(b)(1) of the Federal Rules of Civil Procedure, via process server, Charter attempted to serve a (1) Subpoena To Testify At A Deposition In A Civil Action and (2) Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action on Mr. Tierney on August 22, 2023 at 5:36 pm PDT; August 23, 2023 at 10:07 am PDT; August 23, 2023 at 6:45 pm PDT, and August 24, 2023 at 7:15 pm PDT.  Exs. A and B to the Declaration of Marc A. Cohn In Support Of Charter Communications, Inc.'s Response To The Court's August 21, 2023 Order (ECF No. 14).  The process server was unable to serve Mr. Tierney.  *See id.*

Charter believes that Mr. Tierney's address is correct because the May 12, 2023 Subpoena To Testify At A Deposition In A Civil Action and May 12, 2023 Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action were served on him at that address.  Ex. C to *id.*  In addition, the mailed copy of the documents was delivered to that address on August 23, 2023.  Ex. D. to *id.*

| | | |
|---|---|---|
| 1 | Dated: August 25, 2023. | Respectfully submitted, |
| 2 | | */s/ Jeffrey Miller* |
| | | Jeffrey Miller |
| 3 | | *jeffrey.miller@arnoldporter.com* |
| | | ARNOLD & PORTER KAY SCHOLER LLP |
| 4 | | 3000 El Camino Real |
| | | Five Palo Alto Square, Suite 500 |
| 5 | | Palo Alto, California 94306-3807 |
| | | Telephone: (650) 319-4500 |
| 6 | | |
| 7 | | Marc A. Cohn |
| | | marc.cohn@arnoldporter.com |
| | | ARNOLD & PORTER KAYE SCHOLER LLP |
| 8 | | 601 Massachusetts Avenue NW |
| | | Washington, DC 20001-3743 |
| 9 | | Telephone: (202) 942-5000 |
| 10 | | **ATTORNEYS FOR DEFENDANT** |
| | | **CHARTER COMMUNICATIONS, INC.** |