Jeffrey Miller
jeffrey.miller@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Marc.cohn@arnoldporter.com

ATTORNEYS FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**DECLARATION OF MARC A. COHN IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE COURT'S AUGUST 21, 2023 ORDER (ECF NO. 14)** |

DECLARATION OF MARC A. COHN
IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE
COURT'S AUGUST 21, 2023 ORDER (ECF NO. 14)

I, Marc A. Cohn, hereby declare as follows:

1.      I am a Partner at the law firm Arnold & Porter Kaye Scholer, LLP, 601 Massachusetts Avenue NW, Washington, DC 20001-3743 ("Arnold & Porter").  I am a member in good standing of the District of Columbia Bar.  Arnold & Porter has been retained as counsel for Defendant Charter Communications, Inc. ("Charter") in Entropic Communications, LLC v. Charter Communications, Inc., 2:22-cv-00125-JRG (E.D. Tex.).  I am making this declaration in support of Charter's Response to the Court's August 21, 2023 Order (ECF No. 14).  I am fully familiar with the facts and circumstances stated herein based upon personal knowledge, the attached documents, and review of the files maintained by Arnold & Porter.

2.      Attached hereto as Exhibit A is a true and correct copy of an Affidavit of Due Diligence from process server First Legal showing attempted service on Patrick Tierney on August 22, 2023, 5:36 pm PDT, August 23, 2023, 6:45 pm PDT, and August 24, 2023, 7:15 pm PDT.

3.       Attached hereto as Exhibit B is a true and correct copy of an Affidavit of Due Diligence from process server First Legal showing attempted service on Patrick Tierney on August 23, 2023, 10:07 am PDT.

4.      Attached hereto as Exhibit C is a true and correct copy of an Affidavit of Service on Patrick Tierney, dated May 12, 2023.

5.      Attached hereto as Exhibit D is a true and correct copy of a FedEx proof-of-delivery for a copy of (1) the Court's August 21, 2023 Order (ECF No. 14); (2) Subpoena To Testify At A Deposition In A Civil Action and (3) Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises In A Civil Action that was delivered to Patrick Tierney's address on August 23, 2023.

DECLARATION OF MARC A. COHN
IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE
COURT'S AUGUST 21, 2023 ORDER (ECF NO. 14)

1    I declare under penalty of perjury under the laws of the United States and the

2    State of California that the foregoing is true and correct and that this declaration was

3    executed on August 25, 2023.

4                                   */s/ Marc A. Cohn*

5                                   Marc A. Cohn

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARC A. COHN
IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S RESPONSE TO THE
COURT'S AUGUST 21, 2023 ORDER (ECF NO. 14)