# Exhibit A

| Attorney or Party without Attorney:<br>ALBERT BOARDMAN (SBN )<br>ARNOLD & PORTER \| KAY SCHOLER LLP<br>3000 EL CAMINO REAL SUITE 500<br>PALO ALTO, CA 94306 | | | | For Court Use Only |
|---|---|---|---|---|
| *Telephone No:* 650-319-4500 | | | | |
| *Attorney For:* Defendant | *Ref. No. or File No.:* 1061575.03023 | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | | | |
| *Plaintiff:* ENTROPIC COMMUNICATIONS, LLC<br>*Defendant:* CHARTER COMMUNICATIONS, INC. | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* 09/07/23 | *Time:* 9:00 AM | *Dept/Div:* | *Case Number:* 2:22-cv-00125-JRG |

1. I, Jacob Gardner 3173, San Diego County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject PATRICK TIERNEY as follows:

2. *Documents:* SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Jacob Gardner (3173, San Diego County) on: Aug 22, 2023, 5:36 pm PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024
There's a gate preventing access to the front door there's a ring doorbell on the outside pressed at multiple times received no response.

2) Unsuccessful Attempt by: Jacob Gardner (3173, San Diego County) on: Aug 23, 2023, 6:45 pm PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024
The address has a gate preventing access to the front door does a ring doorbell attached tried multiple times receive no response?

3) Unsuccessful Attempt by: Jacob Gardner (3173, San Diego County) on: Aug 24, 2023, 7:15 pm PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024
Address has a locked gate, preventing access to the front door there's a ring doorbell attached pressed at multiple times received no response.



AFFIDAVIT OF
DUE DILIGENCE

9413321
(9111828)
Page 1 of 2

| Attorney or Party without Attorney:<br>ALBERT BOARDMAN (SBN )<br>ARNOLD & PORTER \| KAY SCHOLER LLP<br>3000 EL CAMINO REAL SUITE 500<br>PALO ALTO, CA 94306<br>　Telephone No: 650-319-4500<br>　Attorney For: Defendant | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>1061575.03023 | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | |
| Plaintiff: ENTROPIC COMMUNICATIONS, LLC<br>Defendant: CHARTER COMMUNICATIONS, INC. | | |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date:<br>09/07/23 | Time:<br>9:00 AM | Dept/Div: | Case Number:<br>2:22-cv-00125-JRG |
|---|---|---|---|---|

　　　　　　　　　　　　　　　　　　　　　　　Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person Who Served Papers:**
　a. Jacob Gardner (3173, San Diego County)　　　d. **The Fee** for Service was:
　b. **FIRST LEGAL**　　　　　　　　　　　　　　e. I am: A Registered California Process Server
　　1517 W. Beverly Blvd.
　　LOS ANGELES, CA 90026
　c. (213) 250-1111

4. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.**

　　　　　　　　　　　　　　　　　08/25/2023
　　　　　　　　　　　　　　　　　(Date)　　　　　　　　　　　　　　　　　　(Signature)



　　　　　　　　　　　　　　　AFFIDAVIT OF　　　　　　　　　　　　　　　9413321
　　　　　　　　　　　　　　　DUE DILIGENCE　　　　　　　　　　　　　　(9111828)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 2

| Attorney or Party without Attorney:<br>ALBERT BOARDMAN (SBN )<br>ARNOLD & PORTER \| KAY SCHOLER LLP<br>3000 EL CAMINO REAL SUITE 500<br>PALO ALTO, CA 94306 | | For Court Use Only |
|---|---|---|
| *Telephone No:* 650-319-4500 | | |
| *Attorney For:* Defendant | *Ref. No. or File No.:*<br>1061575.03023 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS |
|---|
| *Plaintiff:* ENTROPIC COMMUNICATIONS, LLC<br>*Defendant:* CHARTER COMMUNICATIONS, INC. |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:<br>09/06/23 | Time:<br>5:00 PM | Dept/Div: | Case Number:<br>2:22-cv-00125-JRG |
|---|---|---|---|---|

1. I, Jacob Gardner 3173, San Diego County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject PATRICK TIERNEY as follows:

2. *Documents:* SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Jacob Gardner (3173, San Diego County) on: Aug 22, 2023, 5:36 pm PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024
There's a gate preventing access to the front door there's a ring doorbell on the outside pressed at multiple times received no response.

2) Unsuccessful Attempt by: Jacob Gardner (3173, San Diego County) on: Aug 23, 2023, 6:45 pm PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024
The address has a gate preventing access to the front door does a ring doorbell attached tried multiple times receive no response?

3) Unsuccessful Attempt by: Jacob Gardner (3173, San Diego County) on: Aug 24, 2023, 7:15 pm PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024
Address has a locked gate, preventing access to the front door there's a ring doorbell attached pressed at multiple times received no response.



| Attorney or Party without Attorney:<br>ALBERT BOARDMAN (SBN )<br>ARNOLD & PORTER \| KAY SCHOLER LLP<br>3000 EL CAMINO REAL SUITE 500<br>PALO ALTO, CA 94306<br>　Telephone No: 650-319-4500<br>　Attorney For: Defendant | | | Ref. No. or File No.:<br>1061575.03023 | For Court Use Only |
|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | | | |
| Plaintiff: ENTROPIC COMMUNICATIONS, LLC<br>Defendant: CHARTER COMMUNICATIONS, INC. | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date:<br>09/06/23 | Time:<br>5:00 PM | Dept/Div: | Case Number:<br>2:22-cv-00125-JRG |

3. **Person Who Served Papers:**
   a. Jacob Gardner (3173, San Diego County)
   b. **FIRST LEGAL**
   　1517 W. Beverly Blvd.
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

Recoverable cost Per CCP 1033.5(a)(4)(B)

d. **The Fee** for Service was:

e. I am: A Registered California Process Server

4. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.**

08/25/2023
(Date)

(Signature)



AFFIDAVIT OF
DUE DILIGENCE

9413334
(9111829)
Page 2 of 2