# Exhibit B

| Attorney or Party without Attorney:<br>ALBERT BOARDMAN (SBN )<br>ARNOLD & PORTER \| KAY SCHOLER LLP<br>3000 EL CAMINO REAL SUITE 500<br>PALO ALTO, CA 94306<br>　Telephone No:　650-319-4500<br><br>　Attorney For:　Defendant | | | | **For Court Use Only** |
|---|---|---|---|---|
| | | *Ref. No. or File No.:*<br>1061575.03023 | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | | | |
| *Plaintiff:*　ENTROPIC COMMUNICATIONS, LLC<br>*Defendant:*　CHARTER COMMUNICATIONS, INC. | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:*<br>09/07/23 | *Time:*<br>9:00 AM | *Dept/Div:* | *Case Number:*<br>2:22-cv-00125-JRG |

1.  I, Soheil Bittar 3304, San Diego , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject PATRICK TIERNEY as follows:

2.  *Documents:* SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

| **Attempt Detail** |
|---|
| 1) Unsuccessful Attempt by: Soheil Bittar (3304, San Diego) on: Aug 23, 2023, 10:07 am PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024<br>Gated, no answer to several Ring doorbell ,tow FedEx packages left on the floor at the gate, quiet, no cars parked in the driveway. |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. ***Person Who Served Papers:***
   a. Soheil Bittar (3304, San Diego)
   **b. FIRST LEGAL**
   　1517 W. Beverly Blvd.
   　LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. ***The Fee*** *for Service was:*
   **e.** I am: A Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.***

_____
08/25/2023
*(Date)*

_____
*(Signature)*



**AFFIDAVIT OF<br>DUE DILIGENCE**

*9421483*<br>*(9111828)*

| Attorney or Party without Attorney:<br>ALBERT BOARDMAN (SBN )<br>ARNOLD & PORTER \| KAY SCHOLER LLP<br>3000 EL CAMINO REAL SUITE 500<br>PALO ALTO, CA 94306<br>   Telephone No:   650-319-4500 | | **For Court Use Only** |
|---|---|---|
| Attorney For:   Defendant | Ref. No. or File No.:<br>1061575.03023 | |
| Insert name of Court, and Judicial District and Branch Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS | | |
| Plaintiff:   ENTROPIC COMMUNICATIONS, LLC<br>Defendant:   CHARTER COMMUNICATIONS, INC. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date:<br>09/06/23 | Time:<br>5:00 PM | Dept/Div: | Case Number:<br>2:22-cv-00125-JRG |
|---|---|---|---|---|

1. I, Soheil Bittar 3304, San Diego , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject PATRICK TIERNEY as follows:

2. *Documents:* SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| **Attempt Detail** |
|---|
| 1) Unsuccessful Attempt by: Soheil Bittar (3304, San Diego) on: Aug 23, 2023, 10:07 am PDT at 319 RANCHO SANTA FE ROAD, ENCINITAS, CA 92024<br>Gated, no answer to several Ring doorbell ,tow FedEx packages left on the floor at the gate, quiet, no cars parked in the driveway. |

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person Who Served Papers:**
   a. Soheil Bittar (3304, San Diego)
   b. **FIRST LEGAL**
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

08/25/2023
*(Date)*

*(Signature)*



**AFFIDAVIT OF**
**DUE DILIGENCE**

*9421499*
*(9111829)*