# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ENTROPIC COMMUNICATIONS, LLC

CIVIL ACTION NO.: 2:22-CV-00125-JRG

vs

Plaintiff

CHARTER COMMUNICATIONS, INC.

Defendant

## AFFIDAVIT OF SERVICE

State of California }
County of San Diego } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California.

That on **05/12/2023** at **12:50 PM** at **319 Rancho Santa Fe Rd, Encinitas, CA 92024**

deponent served a(n) **Subpoena to Testify at a Deposition in a Civil Action, Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, Attachment A**

on **Patrick Tierney**

by delivering a true copy to said witness personally;

deponent knew the person so served to be the witness described in said subpoena.

Details Pertaining To Service:
Deponent spoke Patrick Tierney through the ring doorbell intercom. Deponent informed him about said documents and he asked deponent to slip it under the front gate. Deponent slipped said documents under the front gate and announced service.

At the time of said service, deponent paid (tendered) in advance $40.00 the authorized traveling expenses and one day's witness fee.

Sworn to before me this
day of May, 2023

5-15-23
NOTARY PUBLIC

Daniel Chasse
San Diego County Reg. No. 3653

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160

See Attached For Official Notary Wording

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 15 day of May, 20 23, by Daniel Chasse proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KELLY THOMASSET
Notary Public - California
San Diego County
Commission # 2369965
My Comm. Expires Sep 2, 2025

(Seal)    Signature ____