# Exhibit D

August 26, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 782841192965

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; No Signature Required | | ENCINITAS, CA, |
| | | **Delivery date:** | Aug 23, 2023 10:50 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 782841192965 | **Ship Date:** | Aug 22, 2023 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| ENCINITAS, CA, US, | | Palo Alto, CA, US, | |
| **Reference** | 1061575.03023-26971 | | |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx