Christina Goodrich (SBN 261722)
Christina.goodrich@klgates.com
**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Plaintiff Entropic Communications, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>            Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**NOTICE OF APPEARANCE OF CHRISTINA N. GOODRICH FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Christina N. Goodrich, of K&L Gates LLP, hereby enters her appearance as counsel of record for Plaintiff Entropic Communications, LLC in the above-captioned case. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

> Christina Goodrich (SBN 261722)
> Christina.goodrich@klgates.com
> **K&L Gates LLP**
> 10100 Santa Monica Boulevard
> Eighth Floor
> Los Angeles, CA  90067
> Telephone: +1 310 552 5000
> Facsimile: +1 310 552 5001

Dated: October 5, 2023                            Respectfully submitted,

                                        By:   */s/ Christina N. Goodrich*
                                              Christina N. Goodrich (SBN 261722)
                                              K&L GATES LLP

                                              ATTORNEYS FOR PLAINTIFF
                                              ENTROPIC COMMUNICATIONS, LLC