Peter Soskin (SBN 280347)
peter.soskin@klgates.com
**K&L Gates LLP**
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200

Attorneys for Plaintiff Entropic Communications, LLC

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>        Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**NOTICE OF APPEARANCE OF PETER SOSKIN FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Peter Soskin, of K&L Gates LLP, hereby enters his appearance as counsel of record for Plaintiff Entropic Communications, LLC in the above-captioned case. Copies of all pleadings and papers filed in this action should be served on counsel as follows:

>Peter Soskin (SBN 280347)
>peter.soskin@klgates.com
>**K&L Gates LLP**
>4 Embarcadero Center, Suite 1200
>San Francisco, CA 94111
>Tel: (415) 882-8200

Dated: October 5, 2023                    Respectfully submitted,

                                By:    */s/ Peter Soskin*
                                       Peter Soskin (SBN 280347)
                                       K&L GATES LLP

                                       ATTORNEYS FOR PLAINTIFF
                                       ENTROPIC COMMUNICATIONS, LLC