1  Cassidy T. Young (SBN 342891)
   cassidy.young@klgates.com
2  **K&L Gates LLP**
   10100 Santa Monica Boulevard
3  Eighth Floor
   Los Angeles, CA  90067
4  Telephone: +1 310 552 5058
   Facsimile: +1 310 552 5001
5

6  Attorneys for Plaintiff Entropic
   Communications, LLC
7

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>         Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**NOTICE OF APPEARANCE OF CASSIDY T. YOUNG FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

|   |   |   |
|---|---|---|
| 1 | TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: | |
| 2 | PLEASE TAKE NOTICE that the undersigned attorney, Cassidy T. Young, of K&L Gates LLP, hereby enters her appearance as counsel of record for Plaintiff Entropic Communications, LLC in the above-captioned case. Copies of all pleadings and papers filed in this action should be served on counsel as follows: | |

Cassidy T. Young (SBN 342891)
cassidy.young@klgates.com
**K&L Gates LLP**
10100 Santa Monica Boulevard
Eighth Floor
Los Angeles, CA  90067
Telephone: +1 310 552 5058
Facsimile: +1 310 552 5001

Dated: October 5, 2023                                   Respectfully submitted,

                                              By:    */s/ Cassidy T. Young*
                                                     Cassidy T. Young (SBN 342891)
                                                     K&L GATES LLP

                                                     ATTORNEYS FOR PLAINTIFF
                                                     ENTROPIC COMMUNICATIONS,
                                                     LLC