| | |
|---|---|
| Jeffrey Miller<br>jeffrey.miller@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 500<br>Palo Alto, California 94306-3807<br>Telephone: (650) 319-4500<br><br>Marc A. Cohn<br>marc.cohn@arnoldporter.com<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Avenue NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br><br>**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.** | Peter E. Soskin<br>peter.soskin@klgates.com<br>**K&L GATES LLP**<br>4 Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 882-8046<br><br>**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC** |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC,<br><br>Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**JOINT MOTION TO DISMISS CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION** |

Defendant Charter Communications, Inc. seeks to withdraw its Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition (ECF No. 1) and, with plaintiff Entropic Communications, LLC ("Entropic"), jointly moves the Court to dismiss this action.

The parties have agreed that Mr. Tierney is unavailable for trial in *Entropic Communications, LLC v. Charter Communications, Inc.*, Case No. 2:22-cv-00125-JRG (E.D. Tex.) ("Texas Case") and that Entopic will remove him from its initial disclosures and trial witness list in the Texas Case. As a result of these agreements, this motion to compel is moot.

Accordingly, the parties respectfully request that the Court grant the Joint Motion to Dismiss Charter Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce Documents, Information And Objects And To Appear For Deposition.

Dated: October 10, 2023

/s/ Jeffrey Miller
Jeffrey Miller
jeffrey.miller@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real
Five Palo Alto Square, Suite 500
Palo Alto, California 94306-3807
Telephone: (650) 319-4500

Marc A. Cohn
marc.cohn@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC**.

Dated: October 10, 2023

/s/ Peter E. Soskin
Peter E. Soskin
peter.soskin@klgates.com
K&L GATES LLP
4 Embarcadero Center
San Francisco, California 94111
Telephone: (415) 882-8046

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**