1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 3:23-cv-01346-H-KSC<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION AND OBJECTS AND TO APPEAR FOR DEPOSITION** |

1        The Court, having considered the Joint Motion to Dismiss Charter

2    Communications, Inc.'s Motion To Compel Third Party Patrick Tierney To Produce

3    Documents, Information And Objects And To Appear For Deposition hereby

4    GRANTS the motion.

5

6

7

8    Dated: _____, 2023          _____

9                                              United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

_____