UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No.: 3:23-cv-01346-H-KSC<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO DISMISS CHARTER COMMUNICATIONS, INC.'S MOTION TO COMPEL THIRD PARTY PATRICK TIERNEY TO PRODUCE DOCUMENTS, INFORMATION, AND OBJECTS AND TO APPEAR FOR DEPOSITION; AND**<br><br>**(2) DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 22.] |

On October 10, 2023, the parties filed a joint motion to dismiss Charter Communications, Inc.'s motion to compel third party Patrick Tierney to produce documents, information, and objects and to appear for deposition. (Doc. No. 22.) The

Court, for good cause shown, grants the joint motion and dismisses the action. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: October 18, 2023

*Marilyn L. Huff*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT